UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE CITY OF NEWARK,

    Plaintiff,

v.

GEO RE-ENTRY GROUP, LLC; ABC CORP (A FICTITIOUS COMPANY) 1-100; and THE GEO GROUP, INC.

    Defendants.

No. 2:25-cv-02225

**AFFIDAVIT OF ESKER L. TATUM, JR.**

I, Esker L. Tatum, Jr., being first duly sworn, depose and state under penalty of perjury and under the laws of the State of New Jersey that the following statements are true and correct to the best of my knowledge and belief:

1. I execute this affidavit in support of the notice of removal filed by defendants GEO RE-ENTRY GROUP, LLC; ABC CORP (A FICTITIOUS COMPANY) 1-100; and The GEO Group, Inc. (collectively "GEO").

2. I am the Facility Administrator of the Delaney Hall ICE Processing Center ("Delaney Hall" or the "Facility") and an employee of GEO.

3. GEO is contracted to provide secure residential housing and support services in the State of New Jersey pursuant to a contract with Immigration and Customs Enforcement ("ICE"), including secure residential housing and support services at the GEO owned Delaney Hall.

4. Consistent with the requirements of GEO's contract with ICE for secure residential services at Delaney Hall, ICE exercises exclusive control over all access to secure portions of Delaney Hall.

5. On March 31, 2025, City of Newark Officials came to Delaney Hall attempting to obtain access.

6. Assistant Facility Administrator Luis Soto explained to the City of Newark Officials that he would need to obtain clearance from ICE regarding access to Delaney Hall.

7. It was communicated to me that ICE Headquarters instructed that the City of Newark Officials would not be permitted access.

8. In light of this, I advised the City of Newark Officials that they needed to schedule an appointment with ICE to enter the Facility.

9. I attempted to provide City of Newark Officials contact information for the appropriate person at ICE, but they refused my offer and promptly left the Facility.

10. All requests for access to the secure portions of Delaney Hall must obtain pre-clearance approvals from ICE, including all requests for access by federal and state employees, as well as GEO employees.

11. GEO is without authority to provide access to the secure portions of Delaney Hall absent ICE clearance and approval.

I declare under penalty of perjury under the laws of the United States of America and the State of New Jersey that the foregoing is true and correct.

Executed this 1st day of April 2025, in Newark, New Jersey.

Esker L. Tatum, Jr.