**DAVIS WRIGHT TREMAINE LLP**
Geoffrey S. Brounell
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-8230
geoffreybrounell@dwt.com

*Attorneys for The GEO Group, Inc.,
incorrectly sued as GEO Re-Entry Group, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF NEWARK,<br><br>                Plaintiff,<br><br>- against -<br><br>GEO RE-ENTRY GROUP, LLC; ABC CORPS. (A FICTIOUS COMPANY) 1-100,<br><br>                Defendants. | Case No. 2:25-cv-02225<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant The GEO Group, Inc., incorrectly sued as GEO Re-Entry Group, LLC ("GEO"),[1] respectfully submits the following corporate disclosure statement pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure: The Vanguard Group, Inc. and BlackRock Fund Advisors are publicly traded corporations that each

---

[1] The contract for the operation of the Delaney Hall Facility is between U.S. Immigration and Customs Enforcement and The GEO Group, Inc. The GEO Group, Inc. family of companies does not include any entity known as "GEO Re-Entry Group, LLC."

own 10 percent or more of GEO's stock.  GEO has no parent corporation.

Dated: April 1, 2025

DAVIS WRIGHT TREMAINE LLP

By: */s/ Geoffrey S. Brounell*
    Geoffrey S. Brounell

1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
geoffreybrounell@dwt.com

Nicole Phillis (*pro hac vice application forthcoming*)
Mark C. Burnside (*pro hac vice application forthcoming*)
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3487
nicolephillis@dwt.com

THE GEO GROUP, INC.

Scott A. Schipma (*pro hac vice application forthcoming*)
Joseph Negron, Jr. (*pro hac vice application forthcoming*)
4955 Technology Way
Boca Raton, FL  33431
scott.schipma@geogroup.com
jnegron@geogroup.com

*Attorneys for The GEO Group, Inc., incorrectly sued as GEO Re-Entry Group, LLC*

2