**DAVIS WRIGHT TREMAINE LLP**
Geoffrey S. Brounell
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-8230
geoffreybrounell@dwt.com

*Attorneys for Defendant The GEO Group, Inc., incorrectly sued as GEO Re-Entry Group, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF NEWARK,<br><br>                Plaintiff,<br><br>- against -<br><br>GEO RE-ENTRY GROUP, LLC; ABC CORPS. (A FICTIOUS COMPANY) 1-100,<br><br>                Defendants. | No. 2:25-cv-02225-JKS-LDW<br><br>Motion Day: May 5, 2025<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant The GEO Group, Inc., incorrectly sued as GEO Re-Entry Group, LLC ("GEO"), will move before the Honorable Jamel K. Semper, United States District Court Judge, District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 on May 5, 2025, or a date to be assigned by the Court, for an Order, in the form of one of the proposed orders enclosed herewith, joining U.S. Immigration and Customs Enforcement ("ICE") as a necessary party to

this action pursuant to Rule 12(b)(7) and Rule 19 of the Federal Rules of Civil Procedure and thereafter dismissing the case with prejudice pursuant to Rule 19(b) of the Federal Rules of Civil Procedure after concluding that joinder of ICE is infeasible due to the doctrine of sovereign immunity, or—in the alternative—ordering Plaintiff to file a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, GEO shall rely on (i) its memorandum of law in support of it motion, filed herewith, and (ii) the previously filed Declaration of Esker L. Tatum, Jr, *see* ECF No. 2.

**PLEASE TAKE FURTHER NOTICE** that two proposed orders granting the motion are also submitted herewith.

Dated: April 9, 2025

DAVIS WRIGHT TREMAINE LLP

By: */s/ Geoffrey S. Brounell*
    Geoffrey S. Brounell

1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
geoffreybrounell@dwt.com

Nicole Phillis (*pro hac vice application forthcoming*)
Mark C. Burnside (*pro hac vice application forthcoming*)
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3487
nicolephillis@dwt.com
markburnside@dwt.com

THE GEO GROUP, INC.

Scott A. Schipma (*pro hac vice application forthcoming*)
Joseph Negron, Jr. (*pro hac vice application forthcoming*)
4955 Technology Way
Boca Raton, FL  33431
scott.schipma@geogroup.com
jnegron@geogroup.com

*Attorneys for Defendant The GEO Group, Inc., incorrectly sued as GEO Re-Entry Group, LLC*