**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CITY OF NEWARK, | : |
| Plaintiff, | : |
| v. | : CIVIL CASE NO.: |
| | : 2:25-cv-2225-JKS-LDW |
| GEO RE-ENTRY GROUP, LLC; ABC CORP | : |
| (A FICTITIOUS COMPANY) 1-100, | : **ORDER TO CEASE OCCUPANCY** |
| | : **AND PERMIT ENTRY FOR** |
| Defendant(s). | : **INSPECTION** |
| | : |

**THIS MATTER**, having been brought before the Court by Morrison Kent Fairbairn, Esquire, of Michael A. Armstrong & Associates, LLC, attorney for Plaintiff, City of Newark, seeking injunctive relief based upon the facts set forth in the Declarations of City of Newark Officials filed in support of Plaintiff's Motion for Injunctive Relief and a Temporary Restraining Order and the Court having determined that this matter may be commenced by Order to Show Cause as a summary proceeding pursuant to Federal Rule of Civil Procedure 65, and for good cause shown;

**IT IS** on this _____ day of _____ 2025,

**ORDERED** that:

A. Delaney Hall, owned by Defendant(s), located at 451 Doremus Avenue, in the City of Newark, New Jersey, shall cease

occupancy and construction, pending inspections of the premises by the City of Newark, in compliance with state and local law.

B. Defendant(s) is prohibited from engaging in, continuing to engage in, or doing any acts or practices in violation of any City Ordinances, the property maintenance codes, uniform construction codes, fire codes, health and safety codes, including but not limited to the acts and practices alleged in the Verified Complaint;

C. Defendant(s) shall make the Property immediately available for further inspection and code enforcement.

_____
Honorable James K. Semper, U.S.D.C.J.