UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF NEWARK,<br><br>                    Plaintiff,<br><br>v.<br><br>GEO RE-ENTRY GROUP, LLC, *et al.*,<br><br>                    Defendants. | Civil Action No.<br><br>25-2225 (JKS) (LDW)<br><br>**ORDER ADMITTING SCOTT SCHIPMA, JOSEPH NEGRON, JR., NICOLE PHILLIS, AND MARK BURNSIDE** *PRO HAC VICE* |

**THIS MATTER** having come before the Court by way of the motions of Davis Wright Tremaine LLP, counsel for defendant, for the admission *pro hac vice* of Scott Schipma, Joseph Negron, Jr., Nicole Phillis, and Mark Burnside pursuant to Local Civil Rule 101.1(c); and the Court having considered the declarations in support of the motions, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 101.1(c); and plaintiff having consented to these motions; and for good cause shown;

**IT IS** on this day, April 14, 2025:

**ORDERED** that the motions for admission *pro hac vice* of Scott Schipma, Joseph Negron, Jr., Nicole Phillis, and Mark Burnside are granted; and it is further

**ORDERED** that Scott Schipma, Joseph Negron, Jr., Nicole Phillis, and Mark Burnside shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that Geoffrey S. Brounell, or another member of Davis Wright Tremaine LLP admitted to practice in the District of New Jersey shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such

service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Scott Schipma, Joseph Negron, Jr., Nicole Phillis, and Mark Burnside shall each make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2); and it is further

**ORDERED** that Scott Schipma, Joseph Negron, Jr., Nicole Phillis, and Mark Burnside shall each pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motions at ECF 10, 11, 12, and 13.

                                               *s/ Leda Dunn Wettre*
                                               Hon. Leda Dunn Wettre
                                               United States Magistrate Judge