# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CITY OF NEWARK,<br><br>    Plaintiff,<br><br> - against -<br><br>GEO RE-ENTRY GROUP, LLC; ABC CORPS. (A FICTIOUS COMPANY) 1-100,<br><br>    Defendants. | No. 2:25-cv-02225-JKS-LDW<br><br>**DECLARATION OF AMBER MARTIN** |

I, Amber Martin, declare under 28 U.S.C. § 1746 as follows:

1. I execute this declaration in support of Defendant The GEO Group, Inc., incorrectly sued as GEO Re-Entry Group, LLC ("GEO").

2. I am the Executive Vice President of Contract Administration and an employee of GEO.

3. I am responsible for oversight of contract administration and management, including the contract with Immigration and Customs Enforcement ("ICE") for the Delaney Hall Facility in Newark, New Jersey ("Delaney Hall" or the "Facility").

4. On February 27, 2025, GEO announced it was awarded a 15-year, fixed-price contract by ICE to provide support services for the establishment of a

federal immigration processing center at the company owned, 1,000-bed Delaney Hall.

5. The contract is expected to generate in excess of $60 million in annualized revenues for GEO in the first full year of operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of April 2025, in Boca Raton, Florida.

_____
Amber Martin