# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CITY OF NEWARK,<br><br>                  Plaintiff,<br><br>- against -<br><br>GEO RE-ENTRY GROUP, LLC;<br>ABC CORPS. (A FICTIOUS COMPANY) 1-100,<br><br>                  Defendants. | No. 2:25-cv-02225-JKS-LDW<br><br>**RESPONSE TO COURT ORDER (ECF NO. 16)** |

On April 12, 2025, the Court requested that Defendant The GEO Group, Inc., incorrectly sued as GEO Re-Entry Group, LLC, ("GEO") submit to the Court:

> all relevant portions of the February 2025 contract by ICE for secure residential support services and use of the Delaney Hall facility referenced in its motion to join a necessary party and dismiss or, in the alternative, order a more definite statement (the "ICE Contract"). (ECF No. [9-1].) Specifically, GEO is directed to provide the Court with portions of the ICE Contract relevant to the following issues:
>     (i) ICE's exclusive use and/or control over all or part of the Delaney Hall facility;
>     (ii) GEO's obligations to comply with local and state law;
>     (iii) the Performance Based National Detention Standards; and
>     (iv) GEO's responsibility to secure building permits and other relevant permits in advance of ICE occupation of Delaney Hall.

ECF No. 16.

In compliance with this Order, GEO submits the below information, which contains the relevant excerpts of the ICE Contract and its incorporated documents, as well as public documents relating to the requested topics.

### i.   EXCERPTS RELATED TO ICE'S EXCLUSIVE USE AND/OR CONTROL OVER ALL OR PART OF THE DELANEY HALL FACILITY

A.   From the Performance Work Statement, which is incorporated by reference into the ICE Contract:

**1.1. Background And Mission**

ICE is responsible for the detention, health, welfare, transportation, and deportation of aliens in removal proceedings, and those subject to a final order of removal from the U.S.

The mission of ERO is to identify, arrest, and remove aliens, who present a danger to national security or are a risk to public safety, as well as those who enter the U.S. illegally or otherwise undermine the integrity of immigration laws and border control efforts.

In implementing its mission, ERO is responsible for carrying out all orders for the securing and departure activities of aliens who are designated in removal proceedings and for arranging for the detention of aliens when such becomes necessary and prescribed by law.

\* \* \*

**1.23. Jurisdiction**

The contractor's authority under this contract is limited to space or posts that are under the charge and control of ICE. The contractor shall not extend its services into any other areas.

**1.51.1. Security and Control (General)**

The contractor shall maintain a copy of facility post orders for employee review within the areas of assignment and shall initiate responses to any incidents as outlined in the post orders. Contractor employees shall write reports of incidents as outlined in the post orders.

The contractor shall operate and control all designated points of access and egress on the site, such as, housing units, courtrooms, medical facilities, and hold rooms. The contractor shall inspect all packages in accordance with ICE procedures. The contractor shall comply with ICE security plans.

The contractor shall adhere to local operating procedures within each facility.

The contractor shall provide, install, and maintain a building access control system in all ICE and/or DOJ administrative space. The contractor shall provide the government administrative access and oversight role for system. The contractor shall comply with ICE security plans.

\* \* \*

### 1.51.3. Unauthorized Access

The contractor shall detect and detain persons attempting to gain unauthorized access to the site(s) identified in this contract.

\* \* \*

### 1.57. Personnel Background Security Requirements

\* \* \*

### 1.57.1. General

The United States Immigration and Customs Enforcement (ICE) has determined that performance of the tasks as described in this contract requires that the Contractor, subcontractor(s), vendor(s), etc. (herein known as contractor) have access to sensitive DHS information, and that the contractor will adhere to the following.

### 1.57.2. Preliminary Fitness Determination

ICE will exercise full control over granting, denying, withholding or terminating unescorted government facility and/or sensitive Government information access for contractor applicants/employees, based upon the results of a Fitness screening process. ICE may, as it deems appropriate, authorize and make a favorable expedited preliminary Fitness determination based on preliminary security checks. The preliminary Fitness determination will allow the contractor employee to commence work temporarily prior to the completion of a Full Field Background Investigation. The granting of a favorable preliminary Fitness shall not be considered as assurance that a favorable final Fitness determination will follow as a result thereof. The granting of preliminary Fitness or final Fitness shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by ICE, at any time during the term of the contract. No employee of the contractor shall be allowed to enter on duty and/or access sensitive information or systems without a favorable preliminary Fitness determination by the Office of Professional Responsibility (OPR), Personnel

Security Division (PSD). No employee of the contractor shall be allowed unescorted access to a Government facility without a favorable preliminary Fitness determination by OPR PSD. Contract employees are processed under 5 CFR 73 1 dated December 1 8, 2024, and DHS Instruction 121-01-007, Revision 2, dated August 1 0, 2024, or successors thereto; those having direct contact with Detainees will also have 6 CFR § 1 1 5 .11 7 considerations made as part of the Fitness screening process. Sexual Abuse and Assault Prevention Standards implemented pursuant to Public Law 1 08-79 (Prison Rape Elimination Act (PREA) of 2003)).

### ii. EXCERPTS RELATED TO GEO'S OBLIGATIONS TO COMPLY WITH LOCAL AND STATE LAW

A. From the Performance Work Statement, which is incorporated by reference into the ICE Contract:

**1.2. Scope Of Work**

The contractor will provide for the secure custody, care, and safekeeping of aliens in accordance with the state and local laws, standards, policies, procedures for firearms requirements, or court orders applicable to the operations of the facility.

**1.3. Facilities**

\* \* \*

**1.3.2 Business Permits and Licenses**

The contractor shall obtain all required permits and licenses by the date of contract award. The contractor must (depending on the state's requirements) be licensed as a qualified security service company in accordance with the requirements of the district, municipality, county, and state in which the facility is located. Throughout the term of this contract, the contractor shall maintain current permits/business licenses and make copies available for government inspection. The contractor shall comply with all applicable federal, state, and local laws and all applicable Occupational Safety and Health Administration (OSHA) standards.

ICE will review and approve all design documents and conduct final inspections of the facility before occupancy. The contractor should also review the Attachment 2 – Contract Detention Facility Design Standards, Attachment 3 – EOIR Design Standards, and Attachment 4 – Structured Cable Plant Standard and comply as applicable.

\* \* \*

## 1.51. Facility Security And Control

\* \* \*

### 1.51.14 Sanitation and Hygienic Living Conditions

The contractor shall comply with the requirements of the OSHA and all codes and regulations associated with 29 CFR 1910 and 1926. The contractor shall comply with all applicable ICE, federal, state and local laws, statutes, regulations, and codes. In the event there is more than one reference to a safety, health, or environment requirement in an applicable, law, standard, code, regulation, or ICE policy, the most stringent requirement shall apply.

### 1.51.15 Physical Plant

The facility operation and maintenance shall ensure that aliens are housed in a safe, secure, and humane manner. All equipment, supplies, and services shall be contractor-furnished and in operating condition, except as otherwise noted.

The facility, whether expansion or an existing physical plant, shall be operated, and maintained in accordance with all applicable federal, state, and local laws, regulations, codes, guidelines, and policies. In the event of a conflict between federal, state, or local codes, regulations, or requirements, the most stringent shall apply. In the event there is more than one reference to a safety, health, or environmental requirement in an applicable law, standard, code, regulation, or government policy, the most stringent requirement shall apply.

The facility shall provide housing configurations commensurate with the security needs of the population.

The facility, whether expansion or existing physical plant, shall comply with the building codes under which it was permitted at the time of original construction. Whether the facility is an expansion of an existing physical plant fire protection and life safety issues shall be governed by the building and life safety codes under which the facility was permitted at the time of original construction.

The facility, whether expansion or existing physical plant, shall comply with the requirements in effect at the time of the original facility construction of the *Architectural Barriers Act of 1968* as amended and the *Rehabilitation Act of 1973* as amended. The standards for facility accessibility by physically handicapped

persons as set forth in "Uniform Federal Accessibility Standards/Fed Std. - 795 4/0 1/88 Edition" (UF AS) shall apply. All areas of the buildings and site shall meet these requirements.

A safety program shall be maintained in compliance with all applicable Federal, state and local laws, statutes, regulations, and codes. The contractor shall comply with the requirements of the OSHA and all codes and regulations associated with 29 CFR §§ 1910 and 1926.

Fire alarm systems and equipment - all fire detection, communication, alarm, annunciation, suppression, and related equipment shall be operated, inspected, maintained, and tested in accordance with the edition of the applicable national electrical code and life safety codes under which the facility was permitted at the time of original construction.

The contractor shall provide outside lighting enough to illuminate the entire facility and secure perimeter, subject to ICE's visual inspection and approval.

Promptly after the occurrence of any physical damage to the facility (including disturbances), the contractor shall report such damage to the COR or ICE designated official. It shall be the responsibility of the contractor to repair such damage, to rebuild or restore the institution.

Government staff will be on-site to monitor contract performance and manage other government interests associated with operation of the facility government staff will have full access to all areas of the facility. Contractor access to government required space must be pre-approved by the COR. In cases of emergency the contractor shall notify the COR promptly.

**1.4 APPLICATION OF THE DESIGN STANDARDS**

The architectural information contained in the ICE Design Standards should be viewed as ICE policy applicable to the design of all CDF facilities. \*\*\*

The ICE Design Standards provide instructions that must be met, alternative acceptable solutions, and design issues the user should consider. For instructions that must be met, the user shall comply and provide final designs that meet these instructions.\*\*\*

A review process will be established at the inception of each project, generally at the 30/60/90 percent design phases. ICE/DRO FMU will provide approvals after each stage.

Any deviations from the design standards must be approved by ICE/DRO FMU.\*\*\*

CDF facilities are operated by private companies under contract to the DHS. These facilities must be organized and managed according to DHS/ICE-DRO standards.

\* \* \*

**4.324 Technical Requirements**

**HANDICAPPED ACCESSIBILITY**
Accommodations for the handicapped shall be provided in accordance with the Uniform Federal Accessibility Standards (UFAS), which identifies standards for complying with accessibility provisions contained in the Architectural Barriers Act, 42 U.S.C. 4251-4157, and/or applicable local codes, regulations and laws.

**FIRE PROTECTION AND LIFE SAFETY**
Fire Protection and Life Safety requirements shall be in accordance with local statutes. Notwithstanding this provision, the requirements shall comply with National Fire and Protection Association, National Fire Codes, Occupational Safety and Health Administration standards, and applicable local and/or national codes.

**ELECTRICAL**
The installation of two isolated ground duplex outlets with a limit of four isolated ground outlets per circuit shall be provided per 125 square feet of space. For each position, there shall be one quadruplex outlet (or equivalent). All power wiring shall be in floor, wall, or ceilings. No power poles are allowed. Panelboards shall have spare circuit spaces, which shall be defined by EOIR with each space request. One electrical closet per 10,000 square feet shall be provided with sufficient ventilation. Notwithstanding this provision, a minimum number and location of outlets required by local and/or national codes shall be adhered to.

\* \* \*

**REFERENCE DOCUMENTS**
The Offeror (Contractor) will conform their facility design to the following standards, at a minimum, plus any additional applicable standards that may be pertinent to the location where the facility is intended to be built. The Offeror will be solely responsible for complying with these standards and code requirements.

    B.    From a document incorporated by reference into the ICE Contract:

**52.212-4 Contract Terms and Conditions-Commercial Products and Commercial Services (Nov 2023)**

Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

### iii.     DOCUMENTS AND EXCERPTS RELATED TO PERFORMANCE BASED NATIONAL DETENTION STANDARDS

    A.    Public-facing documents related to contract performance:

        1.    The PBNDS, with 2016 revisions, is available at the following address:

            https://www.ice.gov/detain/detention-management/2011.

        2.    The NDS, which controls the contract for the Delaney Hall ICE Processing Center following a contract modification, is available at the following address:

            https://www.ice.gov/detain/detention-management/2019.

### iv.     EXCERPTS RELATED TO GEO'S RESPONSIBILITY TO SECURE BUILDING PERMITS AND OTHER RELEVANT PERMITS IN ADVANCE OF ICE OCCUPATION OF DELANEY HALL

GEO incorporates by reference its response to Section (ii), which provided all excerpts of the ICE Contract relating to GEO's obligations to comply with local and state law.