**DAVIS WRIGHT TREMAINE LLP**
Geoffrey S. Brounell
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-8230
geoffreybrounell@dwt.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF NEWARK,<br><br>            Plaintiff,<br><br>- against -<br><br>GEO RE-ENTRY GROUP, LLC; ABC CORPS. (A FICTIOUS COMPANY) 1-100,<br><br>            Defendants. | No. 2:25-cv-02225-JKS-LDW<br><br>**CERTIFICATE OF SERVICE** |

I, Geoffrey S. Brounell, of full age, state:

I certify that on this date I caused to be filed with the Court and served upon counsel for Plaintiff City of Newark at MICHAEL A. ARMSTRONG & ASSOCIATES, LLC, 79 Mainbridge Lane, Willingboro, New Jersey 08046 ATTN: Morrison Kent Fairbairn, Esq. via ECF, regular U.S. mail, and overnight FedEx, the following:

    1.    The Opposition to Newark's Motion for a Preliminary Injunction;

    2.    Declaration of Richard Kent Long and all accompanying exhibits;

3. Declaration of Amber Martin;

4. Response to Court Order (ECF No. 16); and

5. This certificate of service.

Dated: April 15, 2025                Respectfully submitted,

                                                                                              DAVIS WRIGHT TREMAINE LLP
By: */s/ Geoffrey S. Brounell*
    Geoffrey S. Brounell