# MICHAEL A. ARMSTRONG & ASSOCIATES, LLC

Counselors at Law
79 MAINBRIDGE LANE
WILLINGBORO, NEW JERSEY 08046

---

TELEPHONE: (609) 877-5511
FACSIMILE: (609) 877-7755

MICHAEL A. ARMSTRONG✦
Email: maa@armstronglawfirm.com

CRISTAL M. HOLMES-BOWIE
Email: chb@armstronglawfirm.com

BARBARA ANN JOHNSON-STOKES
Email: bjs@armstronglawfirm.com

MORRISON KENT FAIRBAIRN+
Email: mkf@armstronglawfirm.com

EVAN A. ARMSTRONG
Email: eaa@armstronglawfirm.com

✦MEMBER NJ, NY & GA BARS

+MEMBER NJ & PA BARS



April 16, 2025

**VIA ELECTRONIC COURT FILING**
Hon. Jamel K. Semper, U.S.D.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      RE:    **City of Newark v. Geo Group, LLC**
                **Docket No.: 2:25-cv-2225-JKS-LDW**

Dear Judge Semper:

      My office represents Plaintiff, the City of Newark ("The City"), in the above-referenced matter. I write to provide Your Honor with the enclosed Department of Community Affair's ("DCA") Bulletin 93-2, which guides the City's officials in determining which properties are subject to their enforcement. The City offers that the attached bulletin will further aid the discussion of this matter during the hearing scheduled to take place before Your Honor tomorrow at 2:00 p.m. The bulletin is also available on the DCA's website: https://www.nj.gov/dca/codes/resources/bulletins.shtml.

      I thank Your Honor for giving time and attention to this matter.

                                        Respectfully submitted,

                                        ***s/ Morrison Kent Fairbairn***

                                        Morrison Kent Fairbairn, Esq.