# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge:   **Hon. Jamel K. Semper**                                Date:   April 17, 2025

Deputy Clerk:      Shea Smith

Court Reporter:    Laurie Engemann

**Title of Case:**                                Docket # CV. 25-2225 JKS-LDW

*City of Newark v. Geo Re-Entry Group, LLC, et al.*

**Appearances:**
Morrison Fairbairn, Esq., Michael A. Armstrong, Esq. & Evan Armstrong, Esq. for the plaintiff.
Geoffrey Brounell II, Esq., & Joe Negron, Esq. and Spencer Winepol, Esq., for the defendant.

**Nature of Proceedings:**    *Show Cause Hearing*
Hearing on Plaintiff's motion for an order to show cause why a preliminary injunction should not be issued with temporary restraints (ECF No. 15 ).
Ordered that Plaintiff shall file a letter of no more than two pages outlining the 12(e) issues by close of business on 4-18-25.
Ordered that the defendant provide a full copy of the contracts and issued permits from 2017 relating to Delaney Hall.
Decision reserved.
Opinion to be filed.

Time Commenced: 2:05 p.m.
Time Adjourned: 3:05 p.m.
Total Time: 1 hour

                                    *Shea M. Smith*
                                Shea Smith, Courtroom Deputy