UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEW JERSEY

| | |
|---|---|
| **CITY OF NEWARK,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**GEO RE-ENTRY GROUP, LLC and ABC CORPS. (A FICTITIOUS COMPANY) 1-100,**<br><br>    **Defendant.** | Case No. 2:25-cv-02225-JKS-LDW |

## NOTICE OF POTENTIAL PARTICIPATION BY THE UNITED STATES

The United States respectfully notifies the Court that it is actively considering whether to file a Statement of Interest in this action pursuant to 28 U.S.C. § 517. That statute authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." 28 U.S.C. § 517.

The process for deciding whether to file a Statement of Interest involves coordination among multiple government agencies and the approval of the U.S. Department of Justice through the Acting Assistant Attorney General for the Civil Division. The United States expects to complete its deliberations and, should it decide to participate, to submit a Statement of Interest no later than next week.

Dated: April 17, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C ENSIGN
Deputy Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director
Office of Immigration Litigation


 /s/ John J. W. Inkeles
JOHN J. W. INKELES
Chief, Affirmative Litigation Unit
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4309
Email: john.inkeles@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the United States Department of Justice and is a person of such age and discretion as to be competent to serve papers.

That on April 17, 2025, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of the Parties:

**MICHAEL A. ARMSTRONG**
MICHAEL A. ARMSTRONG & ASSOCIATES, LLC
79 MAINBRIDGE AVENUE
WILLINGBORO, NJ 08046

**MORRISON KENT FAIRBAIRN**
MICHAEL A. ARMSTRONG & ASSOCIATES, LLC
79 MAINBRIDGE LANE
WILLINGBORO, NJ 08046

**GEOFFREY S. BROUNELL**
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020 Benjamin Michael Seel

        /s/ John J. W. Inkeles
       JOHN J. W. INKELES
       Chief, Affirmative Litigation Unit
       United States Department of Justice
       Civil Division
       Office of Immigration Litigation
       General Litigation & Appeals Section
       P.O. Box 878, Ben Franklin Station
       Washington, DC 20044
       Phone: (202) 532-4309
       Email: john.inkeles@usdoj.gov