# MICHAEL A. ARMSTRONG & ASSOCIATES, LLC

Counselors at Law
79 MAINBRIDGE LANE
WILLINGBORO, NEW JERSEY 08046

TELEPHONE: (609) 877-5511
FACSIMILE: (609) 877-7755

MICHAEL A. ARMSTRONG✦
Email: maa@armstronglawfirm.com

CRISTAL M. HOLMES-BOWIE
Email: chb@armstronglawfirm.com

BARBARA ANN JOHNSON-STOKES
Email: bjs@armstronglawfirm.com

MORRISON KENT FAIRBAIRN+
Email: mkf@armstronglawfirm.com

EVAN A. ARMSTRONG
Email: eaa@armstronglawfirm.com

✦MEMBER NJ, NY & GA BARS

+MEMBER NJ & PA BARS

# ORDER

April 17, 2025

**VIA ELECTRONIC COURT FILING**

Hon. Jamel K. Semper, U.S.D.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    RE:    **City of Newark v. Geo Group, LLC**
             **Docket No.: 2:25-cv-2225-JKS-LDW**

Dear Judge Semper:

     My office represents Plaintiff, the City of Newark ("The City"), in the above-referenced matter. I am in receipt of the Court's orders entered this afternoon requiring certain submissions by tomorrow. However, members of the City and my law office, including myself, will be unavailable tomorrow in observance of Good Friday. Therefore, it is respectfully requested that the parties be given until Monday, April 21, 2025, to file the submissions.

                         Respectfully submitted,

                         *s/ Morrison Kent Fairbairn*

                         Morrison Kent Fairbairn, Esq.

                         **SO ORDERED.**

                         **/s/ Jamel K. Semper**
                         **HON. JAMEL K. SEMPER**
                         **United States District Judge**

                         **Dated: April 18, 2025**