# EXHIBIT 1




CITY OF NEWARK, NEW JERSEY
RAS J. BARAKA, MAYOR
DEPARTMENT OF PUBLIC SAFETY
FRITZ G. FRAGE, PUBLIC SAFETY DIRECTOR
RUFUS L. JACKSON, ASSISTANT PUBLIC SAFETY DIRECTOR
NEWARK FIRE DIVISION
DEL ORTIZ, FIRE CHIEF
FIRE PREVENTION & LIFE SAFETY

1010 Eighteenth Avenue
Newark, New Jersey 07106

Tel: 973-733-7495
Fax: 973-424-4139

# Inspection Certificate
## Satisfactory Compliance

These premises were inspected on: 03/26/2025. No visible violations(s) were found or the violation(s) cited have been corrected. The premises now complies with minimum fire safety standards as set forth in the State of New Jersey Fire Safety Code.

**Name:** DELANEY HALL
**Address:** 451-475 DOREMUS AVE
NEWARK, NJ 07105

State Registration #: 0714-68389-001-01
Local Registration #: 0714DELA
LHU Code: BM06 - Prisons 1,000-2,000 beds

This certificate is valid for one year unless inspections are required on a quarterly basis, in accordance with N.J.A.C. 5:70-2.5. Expiration Date: 03/26/2026

Pursuant to N.J.S.A. 52:27D-192 et. seq. this certificate must be posted in a conspicuous location at the above premises.

**Inspector:** WILLIAMS, SHANIQUAH

Gwen Saleem - Fire Official

*For Framing--Fold on this line*

**Business Owner's Name:** GEO GROUP
DELANEY HALL
**Phone:** 973-274-0115

**Business Owner's Address:** 451 DOREMUS AVE NEWARK, NJ 07105

**Registered Agent:** DELANEY HALL
LOUIS SOTO
**Phone:** 609-331-5062

**Registered Agent Address:** 451-475 DOREMUS AVE NEWARK, NJ 07105

**Owner of Building:** GEO GROUP SECURE
LOUIS SOTO
**Phone:** 973-274-0115

**Owner of Building Address:** 451 DOREMUS AVE NEWARK, NJ 07105

**ABC Number:** N/A
**Occupancy Load:** 1099
**Stories:** 2
**Use Group:** R
**Sector:** SEC 8