# EXHIBIT 2

# State of New Jersey
## DEPARTMENT OF COMMUNITY AFFAIRS
### Bureau of Fire Code Enforcement
101 S BROAD ST, PO BOX 809
TRENTON NJ 08625-0809
609-633-6132



## CERTIFICATE OF REGISTRATION

**Registration No.:** 0714-068389
**Business Name:** DELANEY HALL
**Business Address:** 451 DOREMUS AVE
**Municipality/County:** NEWARK CITY, ESSEX COUNTY 07105

**Building Name:** DELANEY HALL <1>
**Building Address:** 451 DOREMUS AVE
NEWARK CITY, ESSEX COUNTY 07105

**Floor #:**
**Location:**
**Primary Business Owner:** COMMUNITY EDUCATION CENTERS INC.
C/O Randy Rencarnacion
**Primary Business Owner Address:** Delaney Hall
451 Doremus Ave.
Newark, NJ 07105

**Issuance Date:** 5/31/2024
**Expiration Date:** 6/19/2025

**Use No.:** 0714-068389-001-001
**Use Code:** LHU Code: BM06 -: BM06
**Use Description:** Prisons and other facilities of 1,000 or more but fewer than 2,000 beds where residents, occupants or inmates are kept under restraint.

_Louis Kilmer, Bureau Chief_
Department of Community Affairs

*New Jersey is an Equal Opportunity Employer -- Printed on Recycled Paper and Recyclable*

