# EXHIBIT 3



| GenServe Inc.<br>500 Newtown Road<br>Plainview, NY 11803<br>(631) 435-0437<br>Fax: (631) 435-2273<br>www.genserveinc.com | GenServe Inc.<br>30 Kaplan Drive Unit I<br>Fairfield, NJ 07004<br>(973) 614-0091<br>Fax: (973) 614-0095<br>www.genserveinc.com | GenServe Inc.<br>1151 Thijs Ridge Drive<br>Pennsauken, NJ 08110<br>(856) 324-0459<br>Fax: (856) 438-6616<br>www.genserveinc.com | STANDBY POWER - COGENERATION<br>SALES - SERVICE - LEASING<br>718-956-8700        631-435-0437 |
|---|---|---|---|

| SITE NAME | Delaney Hall / Geo Reentry | CUST. P.O.# | | SERVICE JOB # | 0552595 | WO # | |
|---|---|---|---|---|---|---|---|
| ADDRESS | 451 Doremus Avenue, Newark, NJ 07105 | | | | | | |
| CONTACT | Terry Williams | | PHONE | 973-592-1005 | | DATE | 10/30/2024 |
| ENGINE/GENERATOR MAKE | FORD 6.8L | MODEL | 0C680AA | | ESN | 000260977 | |
| SPEC. # | | | | | HRS. | 0.00 | |
| ENGINE/GENERATOR MAKE | | MODEL | *70GGHF-957 | | SN | C000084209 | |
| SPEC. # | A   70KW | | | C43   KEVIN FERNANDEZ | | | |

**UNIT ID:** REAR OF BLGD IN YARD        **PREVENTATIVE MAINTENANCE CHECK LIST**        **A-SERVICE**

| LUBRICATION | 5w30 | | AIR INTAKE | | | ENGINE PERFORMANCE | | |
|---|---|---|---|---|---|---|---|---|
| Check: | | | Check: | | | Check: | | |
| a. Leaks | | P | a. Air cleaner restrictions | | P | a. Governor operation | | P |
| b. Engine oil level | | C | b. Piping and connections | | P | b. Vibration | | P |
| c. Governor oil level** | | P | c. Air cleaner element/# | | P | c. Mounting hardware* | | P |
| d. Crankcase breather | | P | | | | d. Oil pressure | 90PSI | P |
| Change:* | | | EXHAUST SYSTEM | | | e. Water temperature | 175F | P |
| e. Oil filter # | LF3681 | C | Check: | | | f. DC alternator | | P |
| f. Engine oil type/qty | 6QTS 5W30 | C | a. Leaks | | P | 1. Volts | 14.2V | P |
| g. Governor oil** | | P | b. Condensation trap | | P | | | |
| Test: Oil sample* # | 23160E02986 | C | c. Wet stacking* | | P | GENERATOR PERFORMANCE | | |
| | | | d. Insulation | | P | Visual Check: | | |
| COOLING SYSTEM | | | e. Raincap | | P | a. Rotor* | | P |
| Check: | | | f. Hangers/Supports/Flex sections | | P | b. Stator* | | P |
| a. Leaks | | P | | | | c. Excitor/PMG* | | P |
| b. Coolant level | | P | BATTERY SYSTEM | | | d. Bearings/Grease* | | P |
| c. Freeze point | -30 | P | Check: | | | e. Diodes/Rectifer* | | P |
| d. Radiator air flow | | P | a. Charger voltage | | | f. Windings and electrical connections* | | P |
| e. Louver system | | P | 1. Float | 13.6V | P | g. Voltage Regulator | | P |
| f. Block heater | 120V/600W | P | 2. Equalize | | N/A | h. Air flow | | P |
| g. Water pump | | P | b. Electrolyte level | | N/A | i. Circuit breaker | | P |
| h. Hoses | | P | c. Terminals | | P | Record: | | |
| i. Belts | | P | d. Cables | | P | j. Voltage | 208VAC | |
| j. Fan hub | | P | e. Specific gravity | | | k. Hertz | 60.0HZ | P |
| k. Pulleys | | P | 1. High | | N/A | | | |
| l. Radiator PSI* | 13PSI | P | 2. Low | | N/A | CONDITION-GENSET SYSTEM | | |
| m. Radiator cap PSI | | P | f. Battery type/qty | G31P | | Check /Clean: | | |
| n. Antifreeze type/capacity | | P | Clean: | | | a. Unusual/unsafe | | P |
| Change:* | | | g. Terminals/protector | | P | b. Housekeeping/wipe down unit* | | P |
| o. Water filter** # | | N/A | | | | | | |
| Test: Antifreeze sample* # | 24178B61446 | C | ELECTRICAL SYSTEM | | | BUILDING LOAD TEST* | | |
| | | | Visual Check: | | | Record: | | |
| FUEL SYSTEM | NATURAL GAS | | a. Wiring connections | | P | a. Amperage/leg | | N/A |
| Fuel type: | | | b. Instrumentation | | P | b. Voltage/leg | | N/A |
| Check: | | | c. Chafing | | P | c. Hertz | | N/A |
| a. Fuel leaks | | P | d. Alarms | | P | | | |
| b. Lines/connections | | P | e. Prealarms | | P | GENSET | | |
| c. Daytank level/gls | | N/A | f. Circuit breakers | | P | Check: | | |
| d. Daytank operation | | N/A | g. Fuses | | P | a. Genset in auto? | YES | |
| e. Transfer pump | | N/A | h. Remote annunciator | | P | b. Breaker closed? | YES | |
| f. Main tank level/capacity | | N/A | Check safety shutdowns: | | | Beginning Hrs.: | 947.4 | |
| g. Vents/overflow | | N/A | a. Overcrank | | P | Ending Hrs.: | 947.5 | |
| h. Injection pump | | P | b. High water temperature | | P | | | |
| i. solenoid valve | | P | c. Low oil pressure | | P | DIESEL EMISSION TEST NJ ONLY: | | |
| Change:* | | | d. Overspeed | | P | Air Quality: | MODERATE | |
| j. Fuel filter # | | N/A | | | | CODES: | | |
| k. Water separator** # | | N/A | | | | *As needed, specified, or during A service only.**If Equip | | |
| Test: Fuel sample* # | | N/A | | | | P-PASS, F-FAIL, C-CHANGED, N/A-NOT APPLICABL | | |

**NOTES/COMMENTS**

TECHNICIAN ARRIVED ON SITE FOR A SERVICE AND NO START DIAGNOSIS.
LUBE OIL AND FILTER WERE REPLACED. WHILE PERFORMING DIAGNOSTICS
TESTS GENSET STARTED UP AND PERFORMED AS EXPECTED. THIS WAS
REPEATED MULTIPLE TIMES IN ORDER TO VERIFY OPERATION. TECHNICIAN
FOUND THE ENGINE STARTING BATTERY TO BE DUE FOR REPLACEMENT
BECAUSE OF AGE(2021) SWITCH LEFT IN AUTO