# EXHIBIT 4

# NEW JERSEY STATE DEPARTMENT OF HEALTH
## SANITARY INSPECTION REPORT

**Name of Establishment:** DELANEY HALL

**Address:** 451 Doremus Ave

# SATISFACTORY

DETAILED SUPPORTING DATA SHEETS ARE AVAILABLE UPON REQUEST
ON THESE PREMISES AND AT THE LOCAL DEPARTMENT OF HEALTH



| NEW JERSEY STATE DEPARTMENT OF HEALTH | LOCAL BOARD OF HEALTH |
|---|---|
| CONSUMER HEALTH SERVICES<br>CN 369<br>TRENTON, NEW JERSEY 08625-0369 | LOCAL BOARD OF HEALTH (Name, Address & Telephone no.)<br>Newark Health Department<br>94 William Street<br>Newark, New Jersey 07102  (973)733-3734 |
| NAME OF INSPECTING OFFICIAL (Print)   DATE | NAME OF INSPECTING OFFICIAL (Print)   DATE<br>DIALLO, M.   08/15/2024 |
| SIGNATURE OF INSPECTING OFFICIAL   PERMANENT REG. NO. | SIGNATURE OF INSPECTING OFFICIAL   PERMANENT REG. NO.<br>   B-158204 |

**NOTE:** In accordance with the State Sanitary Code, this "report shall be posted in a conspicuous place near the public entrance of the establishment." Specific references in the Detail Date Sheets are to Chapter 12 of the State Sanitary Code, and/or Title 24, N.J.S.A.