# EXHIBIT 5

# Report of Inspection / Test
Annual NFPA 25

**Meadowlands Fire Protection**
An EMCOR Company

**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

## Report of Inspection / Test General Questions

### OWNER SECTION

| Question | Response | Question | Response |
|---|---|---|---|
| Is the building occupied? | ☐ Yes ☐ No ☐ NA | Has the occupancy classification, hazard of contents, and/or storage method remained the same since the last inspection? | ☐ Yes ☐ No ☐ NA |
| Are all fire protection systems in service? | ☐ Yes ☐ No ☐ NA | Has the system remained in service without modification since the last inspection? | ☐ Yes ☐ No ☐ NA |
| Was the system free of actuations of devices or alarms since the last inspection? | ☐ Yes ☐ No ☐ NA | Are all control valves locked sealed or electrical supervised in place? | ☒ Yes ☐ No ☐ NA |
| Are the control valves locked accessible | ☐ Yes ☐ No ☐ NA | | |

### FIRE DEPARTMENT CONNECTION

| Question | Response | Question | Response |
|---|---|---|---|
| Is the FDC plainly visible and easily accessible? | ☒ Yes ☐ No ☐ NA | Is the FDC easily accessible? | ☒ Yes ☐ No ☐ NA |
| Are the FDC swivels and couplings not damaged? | ☒ Yes ☐ No ☐ NA | Are the FDC caps and plugs in place and undamaged? | ☒ Yes ☐ No ☐ NA |
| Are the FDC gaskets in place? | ☒ Yes ☐ No ☐ NA | Is the FDC check valve free of leaks? | ☒ Yes ☐ No ☐ NA |
| Is the clapper and automatic drain valve in place and properly operating? | ☒ Yes ☐ No ☐ NA | Is the FDC identification sign(s) in place? | ☒ Yes ☐ No ☐ NA |
| Has the interior of the FDC been inspected for obstructions? | ☒ Yes ☐ No ☐ NA | Is the visible piping supplying the FDC undamaged? | ☒ Yes ☐ No ☐ NA |
| If locking caps/plugs are in place, has an internal inspections been conducted? | ☐ Yes ☐ No ☒ NA | | |

### SPRINKLER HEADS

| Question | Response | Question | Response |
|---|---|---|---|
| Are there the proper number and type of spare sprinklers with a list in place? | ☒ Yes ☐ No ☐ NA | Are visible sprinklers in the proper position: upright, pendent, sidewall? | ☒ Yes ☐ No ☐ NA |
| Are visible sprinklers free of corrosion and physical damage? | ☒ Yes ☐ No ☐ NA | Is there proper clearance below the sprinklers? | ☒ Yes ☐ No ☐ NA |

# Report of Inspection / Test
Annual NFPA 25

**Meadowlands Fire Protection**
An EMCOR Company

**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

| Question | Response | Question | Response |
|---|---|---|---|
| Are visible sprinklers free of foreign materials including foreign paint? | ☑ Yes ☐ No ☐ NA | Is there liquid in all visible glass bulb sprinklers? | ☑ Yes ☐ No ☐ NA |
| Are there spare sprinklers and a sprinkler wrench? | ☑ Yes ☐ No ☐ NA | Is the information sign attached and legible? | ☐ Yes ☐ No ☑ NA |
| Are all the sprinklers dated 1920 or later? | ☑ Yes ☐ No ☐ NA | Fast response sprinklers 20 or more years old replaced or successfully sample tested within last 10 years? | ☐ Yes ☐ No ☑ NA |
| Standard response sprinklers 50 or more years old replaced or successfully sample tested within last 10 years? | ☐ Yes ☐ No ☑ NA | Standard response sprinklers 75 or more years old replaced or successfully sample tested within last 5 years? | ☐ Yes ☐ No ☑ NA |
| Dry-type sprinklers replaced or successfully sample tested within last 10 years? | ☐ Yes ☐ No ☑ NA | Have sprinklers subject to harsh environments been replaced or successfully sample tested in the last 5 years? | ☐ Yes ☐ No ☑ NA |

## PIPES

| Question | Response | Question | Response |
|---|---|---|---|
| Are the visible pipe and fittings in good condition with no external corrosion? | ☑ Yes ☐ No ☐ NA | Do visible pipe and fittings have no mechanical damage or leaks? | ☑ Yes ☐ No ☐ NA |
| Does visible pipe have no external loads? | ☑ Yes ☐ No ☐ NA | Are visible pipe hangers and seismic braces not damaged or loose? | ☑ Yes ☐ No ☐ NA |
| Is the pipe through freezers free if any ice blockage? | ☐ Yes ☐ No ☑ NA | | |

## CONTROL VALVE AREA

| Question | Response | Question | Response |
|---|---|---|---|
| Are the control valves in correct (open or closed) position? | ☑ Yes ☐ No ☐ NA | Are control valves locked , sealed or supervised | ☑ Yes ☐ No ☐ NA |
| Are the control valves free from leaks? | ☑ Yes ☐ No ☐ NA | Valves have proper identification | ☑ Yes ☐ No ☐ NA |
| The control valves are accessible ? | ☑ Yes ☐ No ☐ NA | | |

## VALVE AREA

| Question | Response | Question | Response |
|---|---|---|---|
| Are all check valves externally inspected, operating properly, and are in good condition? | ☑ Yes ☐ No ☐ NA | Are the gauges on system operable and in good working condition? | ☑ Yes ☐ No ☐ NA |

# Report of Inspection / Test
Annual NFPA 25



**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

| Question | Answer | Question | Answer |
|---|---|---|---|
| Are the gauges on system showing normal water supply pressure? | ☑ Yes ☐ No ☐ NA | Is the hydraulic name plate (calculated systems) attached securely to the riser and legible? | ☑ Yes ☐ No ☐ NA |
| Are Pressure reducing valves (sprinkler system) in open position and not leaking? | ☐ Yes ☐ No ☑ NA | Are Pressure reducing valves (sprinkler system) with downstream pressure per the design? | ☐ Yes ☐ No ☑ NA |
| Are Pressure reducing valves in good condition including no handwheels broken? | ☐ Yes ☐ No ☑ NA | Have the mechanical waterflow alarm devices passed tests by opening inspector's test connection/bypass connection with alarms actuating and flow observed? | ☐ Yes ☐ No ☑ NA |
| Do valve supervisory switches indicate movement? | ☑ Yes ☐ No ☐ NA | The electrical waterflow alarm devices passed test by opening inspector's test connection/bypass connection with alarms actuating and flow observed? | ☑ Yes ☐ No ☐ NA |
| Have post indicating valves been opened until spring or torsion felt in the rod and then closed back 1/4 turn? | ☐ Yes ☐ No ☑ NA | All control valves operated through full range and returned to normal position? | ☑ Yes ☐ No ☐ NA |
| Have pressure reducing valves passed partial flow test? | ☐ Yes ☐ No ☑ NA | | |

## DRY VALVE

| Question | Answer | Question | Answer |
|---|---|---|---|
| Are enclosures around valves maintaining a minimum of 40 degrees F? | ☑ Yes ☐ No ☐ NA | Low temperature alarms are in good working condition? | ☐ Yes ☐ No ☑ NA |
| Are the gauges on systems with/without low pressure alarms in good condition and showing normal air and water pressure? | ☑ Yes ☐ No ☐ NA | For freezer systems, gauge near compressor reading the same as gauge near the dry-pipe valve? | ☐ Yes ☐ No ☑ NA |
| Is the dry pipe valve(s) free from physical damage? | ☑ Yes ☐ No ☐ NA | Are trim valves in appropriate (open or closed) position? | ☑ Yes ☐ No ☐ NA |
| Is there no leakage in the intermediate chamber? | ☑ Yes ☐ No ☐ NA | Is the priming level correct and has the low air pressure signal passed it's test? | ☑ Yes ☐ No ☐ NA |
| Has the low air pressure alarm passed it's test? | ☑ Yes ☐ No ☐ NA | Has the quick opening device passed the test? | ☐ Yes ☐ No ☑ NA |
| Have the strainers, filters and orifices been inspected? | ☑ Yes ☐ No ☐ NA | Have automatic air maintenance devices passed test? | ☑ Yes ☐ No ☐ NA |

## BACKFLOW PREVENTERS

| Question | Answer | Question | Answer |
|---|---|---|---|
| Is relief port on RPZ device not discharging? | ☐ Yes ☐ No ☑ NA | Have backflow devices passed forward flow test? | ☐ Yes ☐ No ☑ NA |

# Report of Inspection / Test
Annual NFPA 25

**Meadowlands Fire Protection**
An EMCOR Company

**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

## ALARMS

| Question | Answer | Question | Answer |
|---|---|---|---|
| Are alarms and supervisory devices not damaged? | ☒ Yes ☐ No ☐ NA | Do low temperature alarms look ok? | ☐ Yes ☐ No ☒ NA |
| Have low temperature alarms passed test? | ☐ Yes ☐ No ☒ NA | Is the alarm valve free from physical damage? | ☒ Yes ☐ No ☐ NA |
| Is the trim in correct (open or closed) position? | ☒ Yes ☐ No ☐ NA | Is there no leakage in the retarding chamber or drains? | ☐ Yes ☐ No ☒ NA |

## MAINTENANCE

| Question | Answer | Question | Answer |
|---|---|---|---|
| If a sprinkler failed a sample test were all the sprinklers represented by that sample replaced? | ☐ Yes ☐ No ☒ NA | If sprinklers have been replaced, were they proper replacements? | ☐ Yes ☐ No ☒ NA |
| Were marine systems normally having fresh water drained and refilled twice if raw water got into the system? | ☐ Yes ☐ No ☒ NA | Was heat tape inspected per the manufacturer's instructions? | ☐ Yes ☐ No ☒ NA |
| If conditions were found that required flushing, was flushing of the system conducted? | ☐ Yes ☐ No ☒ NA | Have adjusted, repaired, reconditioned, or replaced components had proper tests/inspections performed? | ☐ Yes ☐ No ☒ NA |
| Was a drain test conducted after opening any closed valve? | ☒ Yes ☐ No ☐ NA | Operating stem of all OS&Y valves lubricated, completely closed and reopened? | ☒ Yes ☐ No ☐ NA |
| Have sprinklers and spray nozzles protecting commercial cooking equipment and ventilating systems been replaced annually? | ☐ Yes ☐ No ☒ NA | Are dry-pipe systems kept in dry condition? | ☒ Yes ☐ No ☐ NA |
| Have auxiliary drains been emptied (before freezing weather) ? | ☐ Yes ☐ No ☒ NA | Is interior of dry-pipe valves cleaned and in good condition? | ☒ Yes ☐ No ☐ NA |
| Have low points been drained before freezing weather? | ☐ Yes ☐ No ☒ NA | Do the alarm valve(s), strainers, filters and restricted offices pass internal inspection? | ☐ Yes ☐ No ☒ NA |

## CONTROL VALVE AREA

| Question | Answer | Question | Answer |
|---|---|---|---|
| Are the control valves in correct (open or closed) position? | ☒ Yes ☐ No ☐ NA | Are the control valves free from leaks? | ☒ Yes ☐ No ☐ NA |
| Are control valves locked , sealed or supervised | ☒ Yes ☐ No ☐ NA | Valves have proper identification | ☒ Yes ☐ No ☐ NA |

# Report of Inspection / Test
**Annual NFPA 25**

**Meadowlands**
Fire Protection
An EMCOR Company

**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

| The control valves are accessible ? | ☑ Yes<br>☐ No<br>☐ NA | |
|---|---|---|

# Report of Inspection / Test
Annual NFPA 25

**Meadowlands Fire Protection**
An EMCOR Company

**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

## Report of Inspection / Test for System - DRY SYSTEM 1

### DRY VALVE

| | | |
|---|---|---|
| Have automatic air maintenance devices passed test? | ☑ Yes  ☐ No  ☐ NA | |

### AIR COMPRESSORS

| | | | |
|---|---|---|---|
| Is the air compressor, piping, wiring free of physical damage? | ☑ Yes  ☐ No  ☐ NA | Is the air compressor anchored properly to the structure or system piping? | ☑ Yes  ☐ No  ☐ NA |
| For oil-filled air compressors, is the level sufficient? | ☑ Yes  ☐ No  ☐ NA | Does the air compressor operate as intended on the proper drop in pressure? | ☑ Yes  ☐ No  ☐ NA |
| Does the air compressor restore normal air pressure in the required time frame? | ☑ Yes  ☐ No  ☐ NA | Does the air compressor operate without overheating? | ☑ Yes  ☐ No  ☐ NA |
| For oil-filled air compressors, has the oil been replaced or changed per the manufacturer's instructions? | ☑ Yes  ☐ No  ☐ NA | | |

### DRY VALVE TRIP TEST

| Dry Valve | Size: | Year of Mfr.: | Accelerator | Year of Mfr.: | |
|---|---|---|---|---|---|
| Make | Model | Serial no. | Make | Model | Serial no. |
| | | | | | |

| | Time to Trip thru test pipe | Water Pressure | Air Pressure | Trip point air pressure | Time water reached test outlet | Alarm Operated |
|---|---|---|---|---|---|---|
| Without Accelerator | 55 seconds | 60 psi | 45 psi | 15 psi | N/A | Yes |
| With Accelerator | N/A | N/A | N/A | N/A | N/A | N/A |

### DRY VALVE TRIP TEST (cont)

| | | | |
|---|---|---|---|
| Were results comparable to previous test? | ☑ Yes  ☐ No  ☐ NA | Has it passed air leakage test? | ☑ Yes  ☐ No  ☐ NA |

# Report of Inspection / Test
Annual NFPA 25

**Meadowlands Fire Protection**
*An EMCOR Company*

**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

## MAIN DRAIN FLOW TESTS

| System | Initial Static | Residual | Static | Seconds to Return to Initial Static | Flow Observed? | Did waterflow alarm operate? | Are results comparable to previous test? |
|---|---|---|---|---|---|---|---|
| WET SYSTEM 1 | 68 psi | 55 psi | 60 psi | 2 seconds | Yes | Yes | Yes |
| WET SYSTEM 2 | 65 psi | 55 psi | 60 psi | 2 seconds | Yes | Yes | Yes |
| DRY SYSTEM 1 | 65 psi | 50 psi | 60 psi | 2 seconds | Yes | Yes | Yes |
| WET SYSTEM 3 | 65 psi | 50 psi | 60 psi | 2 seconds | Yes | Yes | Yes |

# Report of Inspection / Test
**Annual NFPA 25**

**Meadowlands**
Fire Protection
*An EMCOR Company*

**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

### Deficiencies - General Questions

None

### Deficiencies - General Wet System Questions

None

### Deficiencies - General Dry System Questions

None

### Deficiencies - WET SYSTEM 1

None

### Deficiencies - WET SYSTEM 2

None

### Deficiencies - DRY SYSTEM 1

None

### Deficiencies - WET SYSTEM 3

None

# Report of Inspection / Test
**Annual NFPA 25**

**Meadowlands**
Fire Protection
An EMCOR Company

**2025-03-14**
**Property**
DELANEY HALL -451-479 DOREMUS AVE
451-479 DOREMUS AVE
NEWARK NJ 07105
Print Date: 2025-03-14

Conducted by: KEVIN HACKETT

MEADOWLANDS FIRE PROTECTION
P00273
348 NEW COUNTY ROAD
SECAUCUS NJ 07094
201-864-3580
TMANNING@FGMECH.COM

## Inspector Signature

I state that the information on this form is correct at the time and place of my inspection, and all equipment tested at this time was left in operational condition upon completion of this inspection except as noted.

| Inspector Name | Signature | Date Completed |
|---|---|---|
| KEVIN HACKETT | *[signature]* | 2025-03-14 |