# EXHIBIT 6



| | Emergency Light Inspection Form |
|---|---|

**Confires Fire Protection Services LLC**
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | Job Number: | | |
|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | |
| Address: | | | City: | | State: | | Zip Code: | |
| Technician: | | | | | | Date: | | |

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2



| | ***Emergency Light Inspection Form*** |
|---|---|

Confires Fire Protection Services LLC
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | Job Number: | | |
|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | |
| Address: | | | City: | | State: | | Zip Code: | |
| Technician: | | | | | | Date: | | |

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2



### Emergency Light Inspection Form

**Confires Fire Protection Services LLC**
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | | Job Number: | |
|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | |
| Address: | | | City: | | | State: | Zip Code: | |
| Technician: | | | | | | Date: | | |

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2



| | Emergency Light Inspection Form |
|---|---|

**Confires Fire Protection Services LLC**
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | Job Number: | | |
|---|---|---|---|---|---|---|---|---|

| Location: |
|---|

| Address: | City: | State: | Zip Code: |
|---|---|---|---|

| Technician: | Date: |
|---|---|

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2



| | Emergency Light Inspection Form |
|---|---|

**Confires Fire Protection Services LLC**
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | Job Number: | | |
|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | |
| Address: | | | City: | | State: | | Zip Code: | |
| Technician: | | | | | | Date: | | |

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2



| | Emergency Light Inspection Form |
|---|---|

**Confires Fire Protection Services LLC**
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | Job Number: | | |
|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | |
| Address: | | City: | | | State: | | Zip Code: | |
| Technician: | | | | | | Date: | | |

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2



| | Emergency Light Inspection Form |
|---|---|

**Confires Fire Protection Services LLC**
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | Job Number: | | |
|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | |
| Address: | | | City: | | | State: | Zip Code: | |
| Technician: | | | | | | Date: | | |

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2



| | **Emergency Light Inspection Form** |
|---|---|

Confires Fire Protection Services LLC
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | Job Number: | | |
|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | |
| Address: | | | City: | | | State: | Zip Code: | |
| Technician: | | | | | | Date: | | |

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2



| | Emergency Light Inspection Form |
|---|---|

Confires Fire Protection Services LLC
910 Oak Tree Rd South Plainfield, NJ 70780
Phone: 908-822-2700 Fax: 908-757-3188
NJ Permit #P00181

| Owner/Tenant: | | | | | | Job Number: | | |
|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | |
| Address: | | | City: | | | State: | Zip Code: | |
| Technician: | | | | | | Date: | | |

| Unit# | Damage | Battery Condition | Location | Charge Volt | Battery Volt | Product Model, Wattage and Volt | Condition of Light | *** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\*\*\* E - Exit / EM - Emergency / C - Combo**

90 minute load test performed as per code NJACS;70F-611.2