# EXHIBIT 13

# ESSEX COUNTY HEALTH DEPARTMENT
## SANITARY INSPECTION REPORT

Name of Establishment: Delaney Hall

Address: 451 Doremus Ave, Newark, NJ

# SATISFACTORY

Detailed supporting data sheets are available upon request on these premises and at the Essex County Health Department.

**Essex County Health Department**

Maya Lordo, Health Officer
Essex County Health Department
115 Clifton Ave., Third Floor
Newark, New Jersey 07104
Phone: 973-497-9401
Fax: 973-497-9407

Name of Inspecting Official (print): Joseph N. Betancur
Signature of Inspecting Official: Joyce B.
Date: 2/15/2023
Permanent Reg. No.: B1674417

Note: In accordance with the State Sanitary Code: "This report shall be posted in a conspicuous place near the public entrance of the Establishment." Specific references in the Detail Data Sheets are to Chapter 24 of the Sanitary Code, and/or Title 24, N.J.S.A.