# EXHIBIT 14

☑ **System is Compliant with NJAC 5:70-3**  ☐ System is Non-Compliant

THIS FORM WILL BE FILED WITH THE LOCAL AHJ

KITCHEN SYSTEM REPORT — PAGE 2

**Chief fire Equipment and Service Co.**
269 Main street- Lodi, N.J.
973-473-7444
EMAIL: chieffireequip@optonline.net

| WORK ORDER NUM. | DATE | | HOOD AREA PROTECTED |
|---|---|---|---|
| 4864 | 11-16-24 | | |
| SYSTEM MAKE | SYSTEM CAPACITY | SYSTEM TYPE | NUM of CYL |
| PYRO CHEM | 6 GAL | WET | 2 |

| COMPANY | CONTACT | PHONE | FAX |
|---|---|---|---|
| DELANEY HALL | WILL | 973 592-1005 | |
| ADDRESS | CITY | STATE | ZIP | CUSTOMER NUMBER |
| 451 DOREMUS + NEWARK | N.J. | | |

AHJ/FIRE PROTECTION DISTRICT    INSPECTION TYPE

☐ INITIAL    ☐ ANNUAL    ☑ SEMI-ANNUAL    ☐

**NOTE: USE TAB BUTTON TO MOVE CURSOR**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Last Serviced By? CHIEF FIRE | | | 21 | System cleaned per manufacturer's recommendation? | |
| 2 | Were building personnel notified of the inspection? | | | 22 | Mechanical detection line tested and found to operate properly? | |
| 3 | Was the monitoring company notified? | | | 23 | Proper number and placement of detectors? | |
| 4 | System fund charged and functioning at time of technician's arrival? | | | 24 | Did the system properly upon activation of a manual pull station? | |
| 5 | System un-tampered with since last visit? | | | 25 | Gas shut-off valve installed and working properly? (if applicable) | |
| 6 | System found to be proper pressure upon arrival? | | | 26 | Replaced links with proper temperature rating? | |
| 7 | Baffle-type filters installed in hood? | | | | 2 at 360 Degrees ___ at ___ Degrees | |
| 8 | System (and appliance layout) appear unchanged since last service? | | | | 1 at 36 Degrees ___ at ___ Degrees | |
| 9 | Were the nozzle caps in place at time of arrival? | | | | ___ at ___ Degrees ___ at ___ Degrees | |
| 10 | Visible piping and nozzles properly connected, braced, and free of damage? | | | 27 | Is the manual reset for electric gas valve operational? | |
| 11 | Piping/conduit/cabling free from observable obstructions? | | | 28 | Did all electrical appliances shut off upon system operation? | |
| 12 | Nozzle(s) inspected and found to be clear of obstructions? | | | 29 | Did all gas appliances shut off upon system operation? | |
| 13 | Correct nozzle type(s) for protected equipment, plenum and ducts? | | | 30 | Did the make-up air shut down? | |
| 14 | Nozzle(s) properly positioned over appliances? | | | 31 | Did the alarm system activate when the system tripped? | |
| 15 | Nozzle(s) properly positioned in duct(s) and plenum(s)? | | | 32 | Did control head/local/cylinder actuation device(s) operate properly? | |
| 16 | Is there a fan warning sign on stood? | | | 33 | Cylinder Pressure 175 psi | |
| 17 | Flow point/extinguishing agent within mfg's allowed maximums? | | | 34 | Hydrostatic test date of cylinder checked. Date ___ | |
| 18 | Hazard configuration appeared to remain unchanged? | | | 35 | Were all cylinders free of signs of internal corrosion and/or damage? | |
| 19 | Are all observable penetrations to the hood and duct sealed? | | | 36 | Are all cylinders securely mounted? | |
| 20 | No readily observable obstructions of interference that could impact effectiveness of the suppression system? | | | 37 | Cartridge inspected or replaced with mfg's recommended interval (if applicable)- Weight ___ N/A | |

**NOTIFICATION OF DEFICIENCIES**    CUSTOMER INITIALS: ___

☐ A mark made in the adjacent box indicates that deficiencies exist with the current condition of the Fire Suppression System. If this is the case, the customer's authorized representative, by his or her signature and initials acknowledges these deficiencies represent an INADEQUATE AND SERIOUS SAFETY CONCERN that the customer must correct. Service Company shall not be responsible if the Fire Suppression System malfunctions or fails to function. It is the owner's responsibility to ensure that all deficiencies are removed or repaired.

CHIEF FIRE EQUIPMENT & SERVICE CO.
P.O. BOX 785
LODI, N.J. 07644

KITCHEN SYSTEM REPORT – PAGE 2

| | | |
|---|---|---|
| DELANEY HALL | Will | 973-592-1006 |
| 451 DORRMUS AVE | NEWARK | NJ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38 Test microphonistic, beeper pins, etc., removed from system? | ☑ | ☐ | 48 Operator's manual on site? | | | | |
| 39 Detection link line has proper insulating? | ☑ | ☐ | 49 Class K portable extinguisher available and properly cooked? | | ☑ | ☐ | ☐ |
| 40 Was the cooked hood neat? | ☑ | ☐ | 50 Remote manual release free from obstructions & operable? | | ☑ | ☐ | ☐ |
| 41 Were all fuel sources and power restored? | ☑ | ☐ | 51 Has the system been placed back in service? | | ☑ | ☐ | ☐ |
| 42 Were all pilot lights supplied by the gas valve on? | ☑ | ☐ | 52 Monitoring company notified that the system is back in full service? | | ☑ | ☐ | ☐ |
| 43 Micro switch relay(s) reset – enable appliances "on"? | ☑ | ☐ | 53 Were building personnel notified of the system condition? | | ☑ | ☐ | ☐ |
| 44 Any all nozzle caps in place? | ☑ | ☐ | 54 Have you received a signature from the building personnel? | | ☑ | ☐ | ☐ |
| 45 Were all filters reinstalled? | ☑ | ☐ | 55 Inspection tag affixed to system? | | ☑ | ☐ | ☐ |
| 46 Were all cartridges reinstalled? (if applicable) | ☑ | ☐ | | | | | |
| 47 Tamper/alarm releasing device(s) reset properly? | ☑ | ☐ | | | | | |

**NOTIFICATION OF EXHAUST SYSTEM GREASE BUILD UP**                    Customer Initials _____

☐ A mark made in the adjacent box indicates that we recommend that the entire exhaust and ventilation control system on call on all appliances be inspected by a properly trained, qualified, and certified company or person(s) acceptable to the authority having jurisdiction to determine if cleaning is required. Any visual observations on greese build up for our Service Technician regarding greese build up are for informational purposes only and are based on visually observable condition at the time of service.

Authorized Customer Representative                    Authorized Company Representative

SIGNATURE: _____              SIGNATURE: _____

PRINT NAME: _____              PRINT NAME: OTTO DE PENA

                                                  CERTIFICATION NUMBER: P00050

☑ System is Compliant with NJAC 5:70-3          ☐ System is Non-Compliant

THIS FORM WILL BE FILED WITH THE LOCAL AHJ

**Chief fire Equipment and Service Co.**
**268 Main street- Lodi, N.J.**
**973-473-7444**
**EMAIL: chieffireequip@optonline.net**

KITCHEN SYSTEM REPORT – PAGE 1

| WORK ORDER NUM. | DATE | HAZARD AREA PROTECTED |
|---|---|---|
| 48430 | 6-14-24 | |

| SYSTEM NAME | SYSTEM CAPACITY | SYSTEM TYPE | NUM OF CYLS |
|---|---|---|---|
| Kidde | Twin 6 Gal | Wet | 2 |

| COMPANY | CONTACT | | |
|---|---|---|---|
| Doremus Hall | Will | | |
| | | PHONE | FAX |
| | | 973-592-1005 | |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 451 Doremus Ave | | NJ | |
| | | | CUSTOMER NUMBER |

| AHJ/FIRE PROTECTION DISTRICT | INSPECTION TYPE |
|---|---|
| | ☐ INITIAL   ☐ ANNUAL   ☑ SEMI-ANNUAL   ☐ |

**NOTE: USE TAB BUTTON TO MOVE CURSOR**

1. Last Serviced By? **Chief Fire**
2. Were building personnel notified of the inspection? ☑
3. Was the monitoring company notified? ☑
4. System found charged and functioning at time of technician's arrival? ☑
5. System un-tampered with since last visit? ☑
6. System found to be proper pressure upon arrival? ☑
7. Baffle-type filters installed in hood? ☑
8. System (and appliance layout) appear unchanged since last service? ☑
9. Were the nozzle caps in place at time of arrival? ☑
10. Visible piping and nozzles properly connected, intact, and free of damage? ☑
11. Piping/conduit/tubing free from observable obstructions? ☑
12. Nozzle(s) inspected and found to be clear of obstruction? ☑
13. Correct nozzle type(s) for protected appliances, plenum and duct? ☑
14. Nozzle(s) properly positioned over appliances? ☑
15. Nozzle(s) properly positioned in duct(s) and plenum(s)? ☑
16. Is there a fan warning sign on hood? ☑
17. Flow points/extinguishing agent within mfg's allowed maximums? ☑
18. Hazard configuration appears to remain unchanged? ☑
19. Are all observable penetrations to the hood and duct sealed? ☑
20. No readily observable obstructions of interference that could impact effectiveness of the suppression system? ☑

21. System cleaned per manufacturer's recommendation? ☑
22. Mechanical detection line tested and found to operate properly? ☑
23. Proper number and placement of detectors/links? ☑
24. Did the system operate properly from activation of a manual pull station? ☑
25. Gas shut-off valve installed and working properly? (Note location) ☑
26. Replaced links with proper temperature rating? ☑

   2 at 360 Degrees      at      Degrees
   1 at 500 Degrees      at      Degrees
      at      Degrees      at      Degrees

27. Is the manual reset for electric gas valves operational? ☑
28. Did all electrical appliances shut off upon system operation? ☑
29. Did all gas appliances shut off upon system operation? ☑
30. Did the make-up air shut down? ☑
31. Did the alarm system activate when the system tripped? ☑
32. Did control head(s)/key/and/or releasing device(s) operate properly? ☑
33. Cylinder Pressure 125 psi
34. Hydrostatic test date of cylinder checked. Stam _____
35. Were all cylinders free of signs of external corrosion and/or damage? ☑
36. Are all cylinders securely mounted? ☑
37. Cartridge inspected or replaced with mfg's recommended interval (if applicable)? Weight N/A

**NOTIFICATION OF DEFICIENCIES**                      CUSTOMER INITIALS _____

☐ A mark made in the adjacent box indicates that deficiencies exist with the current condition of the Fire Suppression System. If this is the case, the customer's authorized representative, by his or her signature and initials acknowledges these deficiencies represent an IMMEDIATE/LONG SERIOUS SAFETY CONCERN that the customer MUST correct. Service Company shall not be responsible if the Fire Suppression System malfunctions or fails to function. It is the owner's responsibility to ensure that all deficiencies are removed or repaired.



## Chief Fire Equipment and Service Co.

**KITCHEN SYSTEM REPORT – PAGE 2**

| COMPANY | CONTACT | PHONE | FAX |
|---|---|---|---|
| DELACE, HALL | Will | 973-592-1004 | |

| ADDRESS | CITY | STATE | ZIP | CUSTOMER NUMBER |
|---|---|---|---|---|
| 451 DOERNOS AVE | NEWARK | N.J. | | |

| # | Question | Y | N | N/A |
|---|---|---|---|---|
| 38 | Test adapters/links, keeper pins, etc., removed from system? | ☑ | ☐ | ☐ |
| 39 | Detection (link) line has proper tensioning? | ☑ | ☐ | ☐ |
| 40 | Was the control head reset? | ☑ | ☐ | ☐ |
| 41 | Were all fuel sources and power restored? | ☑ | ☐ | ☐ |
| 42 | Were all pilot lights supplied by the gas valve relit? | ☑ | ☐ | ☐ |
| 43 | Microswitch/relay(s) reset – electric appliances "on"? | ☑ | ☐ | ☐ |
| 44 | Are all nozzle caps in place? | ☑ | ☐ | ☐ |
| 45 | Were all filters reinstalled? | ☑ | ☐ | ☐ |
| 46 | Were all cartridges reinstalled? (if applicable) | ☐ | ☐ | ☑ |
| 47 | Tandem/slave releasing device(s) reset properly? | ☐ | ☐ | ☑ |

| # | Question | Y | N | N/A |
|---|---|---|---|---|
| 48 | Operator's manual on site? | ☐ | ☐ | ☑ |
| 49 | Class K portable extinguisher available and properly serviced | ☑ | ☐ | ☐ |
| 50 | Remote manual release free from obstructions & operable? | ☑ | ☐ | ☐ |
| 51 | Has the system been placed back in service? | ☑ | ☐ | ☐ |
| 52 | Monitoring company notified that the system is back in full service? | ☑ | ☐ | ☐ |
| 53 | Were building personnel notified of the system condition? | ☑ | ☐ | ☐ |
| 54 | Have you received a signature from the building personnel? | ☑ | ☐ | ☐ |
| 55 | Inspection tag affixed to system? | ☑ | ☐ | ☐ |

**NOTIFICATION OF EXHAUST SYSTEM GREASE BUILDUP**          CUSTOMER INITIALS:

☐ A mark made in the adjacent box indicates that we recommend that the entire exhaust and ventilation system as well as all appliances be inspected by a properly trained, qualified, and certified company or person(s) acceptable to the authority having jurisdiction to determine if cleaning is required. Any visual observations or comments noted by our Service Technician regarding grease build up are for informational purposes only and are based on readily observable conditions at the time of service.

**Authorized Customer Representation**

SIGNATURE: _____

PRINT NAME: _____

**Authorized Company Representation**

SIGNATURE: _____

PRINT NAME: OTTO DE PENA

CERTIFICATION NUMBER P00050

**Chief Fire Equipment and Service Co.**

KITCHEN SYSTEM REPORT – PAGE 3

| COMPANY Beanley Hall | CONTACT Will | PHONE 973.572-1005 | FAX |
|---|---|---|---|
| ADDRESS 451 Doremus Ave | CITY Newark | STATE N.J. | ZIP | CUSTOMER NUMBER |

Hood Size: 28'8" X 4'8"       Duct Quantity & Size: 2  28 x 20

Label All Appliances

| HOT SKILLET | SOUP CAULDRON | SOUP CAULDRON | 8 BURNER STOVE |
|---|---|---|---|
| 2'8" X 1'6" | 3' DIAMETRE | 3' DIAMETER | 4' X 2'6" |

Size _____

Notes/Comments _____

INCLUDE ALL APPLIANCES. LABEL WITH TYPE AND SIZE

System Connection to Alarm? Yes ☑ No ☐

Nozzle Quantity: Duct ☑ Plenum ☑ Appliance ☑

Remote Pull: Yes ☑ No ☐ Location PILLAR WALL

Gas Valve: Yes ☑ No ☐ Size: ____

Gas Valve Style: Electrical ☑ Mechanical ☐

Gas Valve Location BEHIND STOVE Type: Release ☑ Pull ☐

ALL CONDITIONS NOTED ARE LIMITED TO ONLY THOSE THAT COULD BE OBSERVED AT THE TIME OF THIS INSPECTION



## CHIEF FIRE EQUIPMENT & SERVICE CO.

**P.O.BOX 735**
**LODI, N.J. 07644**
PH:(973) 473-7444  *  FAX (973) 473-8587

**" SINCE 1965 "**

| | |
|---|---|
| **Inv #** | 129517360 |
| **Date** | 06/21/2024 |
| **Terms** | NET 10 |
| **D.T. #** | 48430 |
| **Cust po** | |

DEHA
**DELANEY HALL**
**COMMUNITY CORRECTIONS**
**451 DOREMUS AVENUE**
**C/O TERRY WILLIAMS**
**NEWARK, NJ 07105**

DEHA
**DELANEY HALL**
**DELANEY HALL**
**451 DOREMUS AVENUE**
**NEWARK                    NJ    07105**

Email address   tewilliams@geogroup.com

| QTY | ITEM DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 1 | TWIN 6GAL.KIDDE WET.SYS.SERV. | 275.00 | 275.00 |
| 2 | 360 DEG.FUSIBLE LINK SUPP | 25.50 | 51.00 |
| 1 | 500 DEG.FUSIBLE LINK | 28.50 | 28.50 |
| 2 | 6.GAL.RANGEGURAD/KIDDE.WET.CHEM.VALVE.REPAI | 275.50 | 551.00 |
| 2 | 6.GALLON.KIDDE.SYSTEM.REFILL | 1465.00 | 2930.00 |
| 1 | TRIP SURCHARGE | 125.00 | 125.00 |

| | | |
|---|---|---|
| **Sub total** | | 3,960.50 |
| **SALES TAX** | | 262.38 |
| **MISCEL. CHARGE** | | |

CHIEF FIRE EQUIPMENT & S
269 N MAIN ST
LODI, NJ  07644

O.BOX 735 LODI, N.J. 07644

08/12/2024        11:34

Sale

Trans #: 2    Batch #: 2    port rendered on payment
VISA
XX**********0574      Manual
                        **/**
BASE AMT:      $4222.88

Non Cash Adj    $147.80
TOTAL AMT:     $4370.68

Resp:      AUTH/TKT 034516
Code:               034516
Ref #:    38422556242160G

THANK YOU
CUSTOMER COPY

| **tot-inv-amnt** | 4222.88 |
|---|---|

**Inv #**        129517360

R CENT CHARGE ON ALL CARDS
WE ACCEPT CREDIT CARDS
CAN EXPRESS - VISA - MASTER CARD

PLEASE SEND YOUR EMAIL ADDRESS:
BY PHONE-BY MAIL-OR EMAIL US AT:
CHIEFFIREEQUIP@OPTONLINE.NET
SYSTEM REPORTS ARE EMAILED

DAYS ARE SUBJECT TO SERVICE CHARGE 2% PER MONTH (24% PER ANNUM)

☑ System is Compliant with NJAC 5:70-3          ☐ System is Non-Compliant

**THIS FORM WILL BE FILED WITH THE LOCAL AHJ**

**Chief fire Equipment and Service Co.**
269 Main street- Lodi, N.J.
973-473-7444
EMAIL: chieffireequip@optonline.net

**KITCHEN SYSTEM REPORT – PAGE 1**

| WORK ORDER NUM. | DATE | HAZARD AREA PROTECTED | | |
|---|---|---|---|---|
| | 12-4-24 | | | |
| SYSTEM MFG. | SYSTEM CAPACITY | | SYSTEM TYPE | NUM of CYLS |
| KIDDE | 6 GAL | | Wet | 2 |

| COMPANY | CONTACT | PHONE | FAX | |
|---|---|---|---|---|
| DELANEY HALL | LANIER WATSON | 773-274-0115 | | |
| ADDRESS | CITY | STATE | ZIP | CUSTOMER NUMBER |
| 451 Doremus Ave | NEWARK | N.J. | | |
| AHJ/FIRE PROTECTION DISTRICT | INSPECTION TYPE | | | |
| | ☐ INITIAL   ☐ ANNUAL   ☑ SEMI-ANNUAL   ☐ | | | |

**NOTE: USE TAB BUTTON TO MOVE CURSOR**

| # | | ☐☐☐ | # | | ☐☐☐ |
|---|---|---|---|---|---|
| 1 | Last Serviced By? CHIEF FIRE | | 21 | System disarmed per manufacturer's recommendations? | ☑☐☐ |
| 2 | Were building personnel notified of the inspection? | ☑☐☐ | 22 | Mechanical detection line tested and found to operate properly? | ☑☐☐ |
| 3 | Was the monitoring company notified? | ☑☐☐ | 23 | Proper number and placement of detection links? | ☑☐☐ |
| 4 | System fused charged and functioning at time of technician's arrival? | ☑☐☐ | 24 | Did the system operate properly from activation of a manual pull station? | ☑☐☐ |
| 5 | System un-tampered with since last visit? | ☑☐☐ | 25 | Gas shut-off valve installed and working properly? (Note location) | ☑☐☐ |
| 6 | System found to be proper pressure upon arrival? | ☑☐☐ | 26 | Replaced links with proper temperature rating? | ☑☐☐ |
| 7 | Baffle-type filters installed in hood? | ☑☐☐ | | $\underline{1}$ at $\underline{500}$ Degrees ___ at ___ Degrees | |
| 8 | System (and appliance layout) appear unchanged since last service? | ☑☐☐ | | $\underline{2}$ at $\underline{360}$ Degrees ___ at ___ Degrees | |
| 9 | Were the nozzle caps in place at time of arrival? | ☑☐☐ | | ___ at ___ Degrees ___ at ___ Degrees | |
| 10 | Visible piping and nozzles properly connected, braced, and free of damage? | ☑☐☐ | 27 | Is the manual reset for electric gas valves operational? | ☐☐☐ |
| 11 | Piping/conduit/tubing free from observable obstructions? | ☑☐☐ | 28 | Did all electrical appliances shut off upon system operation? | ☐☐☑ |
| 12 | Nozzle(s) inspected and found to be clear of obstructions? | ☑☐☐ | 29 | Did all gas appliances shut off upon system operation? | ☑☐☐ |
| 13 | Correct nozzle type(s) for protected equipment, plenum and ducts? | ☑☐☐ | 30 | Did the make-up air shut down? | ☑☐☐ |
| 14 | Nozzle(s) properly positioned over appliances? | ☑☐☐ | 31 | Did the alarm system activate when the system tripped? | ☑☐☐ |
| 15 | Nozzle(s) properly positioned in duct(s) and plenum(s)? | ☑☐☐ | 32 | Did control head(s)/cylinder releasing device(s) operate properly? | ☑☐☐ |
| 16 | Is there a fire warning sign on hood? | ☑☐☐ | 33 | Cylinder Pressure 175 psi | ☑☐☐ |
| 17 | Flow points/extinguishing agent within mfg's allowed maximums? | ☑☐☐ | 34 | Hydrostatic test date of cylinder checked? 10-20 2024 | ☐☐☐ |
| 18 | Hazard configuration appears to remain unchanged? | ☑☐☐ | 35 | Were all cylinders free of signs of external corrosion and/or damage? | ☑☐☐ |
| 19 | Are all observable penetrations to the hood and duct sealed? | ☑☐☐ | 36 | Are all cylinders securely mounted? | ☑☐☐ |
| 20 | No readily observable obstructions of interference that could impact effectiveness of the suppression system? | ☑☐☐ | 37 | Cartridge inspected or replaced with mfg's recommended interval (if applicable)? Weight N/A | |

**NOTIFICATION OF DEFICIENCES**                                    CUSTOMER INITIALS: _____

☐ A mark made in the adjacent box indicates that deficiencies exist with the current condition of the Fire Suppression System. If this is the case, the customer's authorized representative, by his or her signature and initials acknowledges these deficiencies represent an IMMEDIATE AND SERIOUS SAFETY CONCERN that the customer must correct. Service Company shall not be responsible if the Fire Suppression System malfunctions or fails to function. It is the owner's responsibility to ensure that all deficiencies are removed or repaired.

# Chief Fire Equipment and Service Co.

**KITCHEN SYSTEM REPORT – PAGE 2**

| COMPANY | CONTACT | PHONE | FAX |
| --- | --- | --- | --- |
| BLANKE Hotel | Eanika Walton | 973-274-0115 | |
| ADDRESS | CITY | STATE | ZIP | CUSTOMER NUMBER |
| 451 Dorgeons Ave | Newark | N.J. | | |

| # | | | | | | # | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 38 | Test adapters/links, keeper pins, etc., removed from system? | ☑ ☐ ☐ | | | | 48 | Operator's manual on site? | ☑ ☐ ☐ |
| 39 | Detection (link) line has proper tensioning? | ☑ ☐ ☐ | | | | 49 | Class K portable extinguisher available and properly serviced | ☑ ☐ ☐ |
| 40 | Was the control head reset? | ☑ ☐ ☐ | | | | 50 | Remote manual release free from obstructions & operable? | ☑ ☐ ☐ |
| 41 | Were all fuel sources and power restored? | ☑ ☐ ☐ | | | | 51 | Has the system been placed back in service? | ☑ ☐ ☐ |
| 42 | Were all pilot lights supplied by the gas valve relit? | ☑ ☐ ☐ | | | | 52 | Monitoring company notified that the system is back in full service? | ☑ ☐ ☐ |
| 43 | Microswitch/relay(s) reset – electric appliances "on"? | ☐ ☐ ☑ | | | | 53 | Were building personnel notified of the system condition? | ☑ ☐ ☐ |
| 44 | Are all nozzle caps in place? | ☑ ☐ ☐ | | | | 54 | Have you received a signature from the building personnel? | ☑ ☐ ☐ |
| 45 | Were all filters reinstalled? | ☑ ☐ ☐ | | | | 55 | Inspection tag affixed to system? | ☑ ☐ ☐ |
| 46 | Were all cartridges reinstalled? (if applicable) | ☐ ☐ ☑ | | | | | | |
| 47 | Tandem/slave releasing device(s) reset properly? | ☑ ☐ ☐ | | | | | | |

**NOTIFICATION OF EXHAUST SYSTEM GREASE BUILDUP**

☐ A mark made in the adjacent box indicates that we recommend that the entire exhaust and ventilation system as well as all appliances be inspected by a properly trained, qualified, and certified company or person(s) acceptable to the authority having jurisdiction to determine if cleaning is required. Any visual observations or comments noted by our Service Technician regarding grease build up are for informational purposes only and are based on readily observable conditions at the time of service.

**CUSTOMER INITIALS:**

| Authorized Customer Representation | Authorized Company Representation |
| --- | --- |
| SIGNATURE: | SIGNATURE: |
| PRINT NAME: | PRINT NAME: OTTO D BEJA |
| | CERTIFICATION NUMBER: P00050 |

## Chief Fire Equipment and Service Co.

KITCHEN SYSTEM REPORT — PAGE 3

| COMPANY DELANEY HALL | CONTACT XAVIER UNION | PHONE 773-274-0115 | FAX |
|---|---|---|---|
| ADDRESS 457 DOREMUS AVE. | CITY Newark | STATE N.J. | ZIP | CUSTOMER NUMBER |

Hood Size: 29' x 4'6"

Duct Quantity & Size: 8  28x2in

Label All Appliances

3'6" X 2'6"     SCUPPER     SCUPPER     4' X 2'6"

STOVE 8 BURNER

Size _____

Notes/Comments
_____
_____
_____
_____
_____

INCLUDE ALL APPLIANCES. LABEL WITH TYPE AND SIZE

| System Connection to Alarm? Yes ☑ No ☐ | Gas Valve: Yes ☑ No ☐   Size: _____ |
| Nozzle Quantity: Duct ☑ Plenum ☑ Appliance ☑ | Gas Valve Style: Electrical ☐   Mechanical ☑ |
| Remote Pull: Yes ☑ No ☐   Location By side of wall | Gas Valve Location BEHIND STOVES O1005   Type: Release ☐   Pull ☐ |

ALL CONDITIONS NOTED ARE LIMITED TO ONLY THOSE THAT COULD BE OBSERVED AT THE TIME OF THIS INSPECTION



**CHIEF FIRE EQUIPMENT & SERVICE CO.**

P.O. BOX 735 LODI, N.J. 07644

(973) 473-7444 (201) 332-5252 FAX (973) 473-8587

( SINCE 1965 )

DATE 12 14 124

DEHA
**DELANEY HALL**
**451 DOREMUS AVENUE**
**NEWARK** NJ 0710
973 274-0115

Js loc c DEHA
**DELANEY HALL**
**451 DOREMUS AVENUE**
**NEWARK** NJ 0710
973 274-0115
**LANIER WALTON**

*CONTACT-LANIER WALTON--CELL-973-634-7187--MUST HAVE PO#*

| QTY | ITEM | DESCRIPTION | SM | | | | ITEM COST | TOTAL |
|-----|------|-------------|-----|---|---|---|-----------|-------|
| 1 | SYT6GRWS | TWIN 6GAL.KIDDE WET.SYS.SERV | 12-20-24 | 6 (S) | R | H | 6 | |
| 2 | PTFL360 | 360 DEG.FUSIBLE LINK SUPP | 12-20-24 | 6 S | R | H | 6 | |
| 1 | PTFL500 | 500 DEG.FUSIBLE LINK | 12-20-24 | 6 S | R | H | 6 | |
| | | | | S | R | H | 6 | |
| | | | | S | R | H | 6 | |
| | | | | S | R | H | 6 | |
| | | | | S | R | H | 6 | |
| | | | | S | R | H | 6 | |
| | | | | S | R | H | 6 | |
| | | | | S | R | H | 6 | |

**SERVICE TIME**

YR. ( )  6MON ( ✓ )  3MON ( )  MON ( )
SVC.CALL ( ) $125.00 per visit

(S)=SVC. ( R)=REFILL ( H)=HYDRO-TEST (6)= 6 YR.

PAY TYPE:  CASH ( )   CARD ( )   CHECK ( )

TECHNICIAN: OTIC

SUB TOTAL:_____

SALES TAX_____

TOTAL:_____

REMARKS:_____

SIGNATURE_____   PRINT NAME: Terry Williams

INVOICES BEYONE 30 DAYS ARE SUBJECT TO SERVICE CHARGE 2% PER MONTH (24% PER ANNUM)



" SINCE 1965 "

**CHIEF FIRE EQUIPMENT & SERVICE CO.**
P.O. BOX 735
LODI, N.J. 07644
PH:(973) 473-7444  *  FAX (973) 473-8587

| | |
|---|---|
| Inv # | 129518277 |
| Date | 12/04/2024 |
| Terms | NET 10 |
| D.T. # | 48430 |
| Cust po | |

DEHA

**DELANEY HALL**
**COMMUNITY CORRECTIONS**
**451 DOREMUS AVENUE**
**C/0 TERRY WILLIAMS**
**NEWARK, NJ  07105**

DEHA

**DELANEY HALL**
**DELANEY HALL**
**451 DOREMUS AVENUE**
**NEWARK**                                          **NJ     07105**

Email address    tewilliams@geogroup.com

| QTY | ITEM DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|
| 1 | TWIN 6 GAL. KIDDE WET. SYS. SERV. | 275.00 | 275.00 |
| 2 | 360 DEG. FUSIBLE LINK SUPP | 25.50 | 51.00 |
| 1 | 500 DEG. FUSIBLE LINK | 28.50 | 28.50 |
| 1 | SERVICING CHARGE, OFFICE. OVERHEAD, HAZMAT. FEE | 125.00 | 125.00 |

MERCHANT COPY

CHIEF FIRE EQUIPMENT & S
269 N MAIN ST
LODI, NJ  07644

12/06/2024              14:40

Sale

Trans #: 5    Batch #: 2

VISA
XXXXXXXXXXXXXXXXXX          Manual
XXXXX

BASE AMT:              $511.27

Non Cash Adj          $17.89
TOTAL AMT:            $529.16

Resp:
Code:          AUTH/TKT 056641
Ref #:              056641
              58434167501190?

THANK YOU

CUSTOMER COPY

BOX 735 LODI, N.J. 07644

...rt rendered on payment

CENT CHARGE ON ALL CARDS

E ACCEPT CREDIT CARDS

N EXPRESS - VISA - MASTER CARD

...'S ARE SUBJECT TO SERVICE CHARGE 2% PER MONTH (24% PER ANNUM)

| | |
|---|---|
| Sub total | 479.50 |
| SALES TAX | 31.77 |
| MISCEL. CHARGE | |

**tot-inv-amnt**            **511.27**

Inv #              129518277

PLEASE SEND YOUR EMAIL ADDRESS:
BY PHONE-BY MAIL-OR EMAIL US AT:
CHIEFFIREEQUIP@OPTONLINE.NET
SYSTEM REPORTS ARE EMAILED