# EXHIBIT A



City of Newark, Department of Engineering
Uniform Construction Code
920 Mayor Kenneth A. Gibson Blvd., Room B23
Newark, NJ 07102
(973) 733-5632

April 30, 2025

**Via Electronic Mail and Certified Mail**
Delaney Hall, Geo Group
c/o Esker Lee Tatum
451-479 Doremus Avenue
Newark, New Jersey 07105

**Re: Initial Visual Inspections at Delaney Hall**

Dear Esker Lee Tatum:

The City of Newark Uniform Construction Code (Building Department) conducted an initial visual walkthrough at Delaney Hall on April 25 2025 which address is 451-479 Doremus Ave, Newark, NJ. During the walkthrough initial inspection, there were representatives from both GEO group and ICE present. Below, please find the findings from the building department:

Building:

- The newly installed front entry gate will need a permit.
- Door closer are required for doorways leading to hallways, stairwell, and gym area.
- Observed large penetrations in the mechanical room where the water heaters and storage tanks are located.
- **Safety issues** Fireratings

Electrical:

- Laundry are needs to have Disconnect switches installed for each hardwired machine
- Conduits feeding the washing machines need to be secured
- GFCI outlets are needed in the following areas:
    - Gym bathroom
    - M106
    - H214
    - Drinking fountain(s) in the hallway
    - H511
    - Utility Room
- Staff bathroom hand dryers has no power

- Entry gate will need a permit for the electrical work related to this installation. The work will need to be exposed to ensure that the work was done in accordance with Electrical Building Codes or a signed and sealed letter by a licensed electrical engineer in the state of NJ will need to be provided certifying that the work was done in accordance with the code.
- **Safety concerns**, Shock hazard close to water source.
- Burial depth for underground conduits for electric gate openers .
- Correct wiring for gates.

Fire:

- During the walk-through the inspector was provided the following: Fire Sprinklers Maintenance report, Fire Alarm Maintenance report and maintenance and service report for kitchen exhaust hood and as well as the kitchen fire suppression system.
- All fire extinguishers were serviced and tagged well within the yearly necessary service period.
- All exit signs were in place and found to be in working order.
- Self-closing devices need to be added at exit doors at stairways.
- The building as it is in compliance under the applicable code related to the last major addition in 2007. But the following was recommended, but not code required: Bluetooth CO detectors to common areas on the second floor (currently battery-powered are installed and acceptable), replacing pendant type fire sprinkler heads in the bunk rooms with recessed type (to deter potential vandalism).
- **Safety issues** Clear exit discharge, Make sure extinguisher are charged and up to date. Fire ratings.

Plumbing:

- All dryers on the first floor will need gas valves, and no more than 6ft apart.
- Showers on the first floor need extraction fan.
- Gas appliances with wheels in the main kitchen, will need to be secured to protect gas connections. Also in same space, the mop sink needs a faucet that has a vacuum breaker.
- Sink in the water heater room needs to have the waste pipe fixed and cap waste pipe underneath.
- On Wing #2, at second floor, water fountain does not dispense water.
- On Wing #5, barbershop room 511, a new sink was installed. This appears to have been taken by reducing the bathroom next door. This work will require a permit.
- Batteries for automatic faucets need to be replaced (where applicable).
- Domestic water meter # is 80714717 and Fire meter #is 86643713.
- **Safety issues** Potable water cross contamination, emergency gas shut offs, restraining cables to protect gas connectors, Open pipes allowing sewer gas into the building.

Permit needed for sink.

Elevator:

- Two (2) hydraulic elevators were observed. Their registration # is 0714-00921
- Fire service along with alarm systems and were found to be operating normal.
- The units received a pre-inspection on 2.28.25 and are being maintained by Frank and Sons Dynamic Elevator.
- The Elevator are ready for their annual inspection and property management was advised to have the Elevator maintenance company call the Elevator inspector to coordinate the annual inspection.
- **No safety issues** were uncovered .

Some of the items listed above are maintenance items, which do not need a building permit. Those which require a building permit have been identified. In addition to the above, a CO application will be required to be submitted to the building department and a CO inspection will be required. Due to the increase of the occupancy to 1000 beds, therefore this would require a new CO. Also, a code analysis will need to be prepared by a licensed design professional showing the following but not limited to occupancy load, means of egress, use group (old vs. new), and any other information pertinent to a completed code analysis. The facility will not be able to open until a new CO is issued by the UCC office.

UCC Building Department

Steven Rosenblum
Electrical Sub Code official

_____
Name