# EXHIBIT C

# NEW JERSEY STATE DEPARTMENT OF HEALTH
# SANITARY INSPECTION REPORT

**Name of Establishment:** DELANEY HALL

**Address:** 451 Doremus Ave

# SATISFACTORY

DETAILED SUPPORTING DATA SHEETS ARE AVAILABLE UPON REQUEST ON THESE PREMISES AND AT THE LOCAL DEPARTMENT OF HEALTH

| NEW JERSEY STATE DEPARTMENT OF HEALTH | | LOCAL BOARD OF HEALTH | |
|---|---|---|---|
| CONSUMER HEALTH SERVICES<br>CN 369<br>TRENTON, NEW JERSEY 08625-0369 | | LOCAL BOARD OF HEALTH (Name, Address & Telephone no.)<br>Newark Health Department<br>94 William Street<br>Newark, New Jersey 07102    973-733-7570 | |
| NAME OF INSPECTING OFFICIAL (Print) | DATE | NAME OF INSPECTING OFFICIAL (Print)<br>DIALLO, M. | DATE<br>4/25/2025 |
| SIGNATURE OF INSPECTING OFFICIAL | PERMANENT REG. NO. | SIGNATURE OF INSPECTING OFFICIAL | PERMANENT REG. NO.<br>B-158204 |

NOTE: In accordance with the State Sanitary Code, this "report shall be posted in a conspicuous place near the public entrance of the establishment." Specific references in the Detail Date Sheets are to Chapter 12 of the State Sanitary Code, and/or Title 24, N.J.S.A.