# EXHIBIT D

# CERTIFICATE

Date Issued: 02/20/2008
Control #: 76264
Permit #: 20070318

City of Newark
920 Broad Street
Newark NJ 07102
973-733-5632

## IDENTIFICATION

Block: 5060   Lot: 154   Qualification Code: _____

Work Site Location: 451-479 DOREMUS AVE
NEWARK

Owner in Fee: CPT OPERATING PARTNERSHIP L.P
Address: 11376 JOG ROAD, STE 101
PLAM BEACH FL
Telephone: _____

Agent/Contractor: J.C. DIPIAZZA, INC.
Address: 2 NORTH STREET
WALDWICK NJ 07463
Telephone: 201 652-8779

Lic. No./ Bldrs. Reg.No.: 03-07544   Federal Emp. No.: 22-2234060
Social Security No.: _____

Home Warranty No: _____
Type of Warranty Plan: [ ] State [ ] Private
Use Group: I-1/I-3
Maximum Live Load: _____
Construction Classification: 2A
Maximum Occupancy Load: _____
Certificate Exp Date: _____
Description of Work/Use: ADDITION/ ALTERATION AS PER PLANS (1196 PERSONS)

Update Desc. of Wk/Use: sprinkler system, TCO FOR CORRECTIONAL FACILITY ADDION ONLY, update fire/ ellectrical, REVISED PLAN

[ X ] **CERTIFICATE OF OCCUPANCY**

This serves notice that said building or structure has been constructed in accordance with the New Jersey Uniform Construction Code and is approved for occupancy.

[ ] **CERTIFICATE OF APPROVAL**

This serves notice that the work completed has been constructed or installed in accordance with the New Jersey Uniform Construction Code and is approved. If the permit was issued for minor work, this certificate was based upon what was visible at the time of inspection.

[ ] **TEMPORARY CERTIFICATE OF OCCUPANCY/COMPLIANCE**

If this is a temporary Certificate of Occupancy or Compliance, the following conditions must be met no later than   or will be subject to fine or order to vacate:

[ ] **CERTIFICATE OF CLEARANCE-LEAD ABATEMENT 5:17**

This serves notice that based on written certification, lead abatement was performed as per NJAC 5:17, to the following extent:
[ ] Total removal of lead-based paint hazards in scope of work
[ ] Partial or limited time period(_____ years); see file

[ ] **CERTIFICATE OF CONTINUED OCCUPANCY**

This serves notice that based on a general inspection of the visible parts of the building there are no imminent hazards and the building is approved for continued occupancy.

[ ] **CERTIFICATE OF COMPLIANCE**

This serves notice that said potentially hazardous equipment has been installed and/or maintained in accordance with the New Jersey Uniform Construction Code and is approved for use until

Fees: $300.00
Paid[ X ]Check No.: 5217
Collected by: EG

_____
Neil James Midtgard   Construction Official

U.C.C 260 (rev. 5/03)   1 - APPLICANT   2 - OFFICE   3 - TAX ASSESSOR