# EXHIBIT G

# Frank & Son Dynamic Elevator
# Elevator Inspection Report

**Building Name** Delaney Hall

**Building Address** 451 Doremus Avenue

**Block** _____ **Lot** _____

**REGISTRATION NO** _____

Date 3/13/2024
**TYPE OF INSPECTION**
Pre Test 6 Month Visual

F = Freight
P = Passenger
1 Year  6 Month

**Inspector** Frank Balzano
**Licensed #** 17EM00303200
**Mechanic** Adolph Dessaure

| | Elv #1 | | Elv #2 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elev # / Capacity | S | U | S | U | S | U | S | U | S | U | S | U |
| **MACHINE ROOM & MACHINE ROOM EQUIPMENT** | | | | | | | | | | | | |
| 1. Enclosure /Lighting  Vents | X | | X | | | | | | | | | |
| 2. Machine /Brake /Gears/Motor | NA | | NA | | | | | | | | | |
| 3. Hydro Power Motor Unit | X | | X | | | | | | | | | |
| 4. Motor Generator SCR Drive | NA | | NA | | | | | | | | | |
| 5. Controller/Selector | X | | X | | | | | | | | | |
| 6. Governor(s) | NA | | NA | | | | | | | | | |
| 7. Relief & Check Valves | X | | X | | | | | | | | | |
| 8. Required Disconnects | X | | X | | | | | | | | | |
| 9. Oil/Hydro Fluid, Leaks, Level | X | | X | | | | | | | | | |
| 10. Hydro Fluid Hoses or Pipe | X | | X | | | | | | | | | |
| 11. Seals, Plates, Labels, Tags, Signs | X | | X | | | | | | | | | |
| 12. Routine Maintenance | X | | X | | | | | | | | | |
| **ELEVATOR CAR AND COUNTERWEIGHT** | | | | | | | | | | | | |
| 1. Car Enclosure /Platform /Sling /Flooring | X | | X | | | | | | | | | |
| 2. Guide Shoes /Rollers | X | | X | | | | | | | | | |
| 3. Car Gate Door/Accessories /Car Door Reopening Device(s) | X | | X | | | | | | | | | |
| 4. Car Gate or Door Operator | X | | X | | | | | | | | | |
| 5. Car Lighting / Standard & Emergency | X | | X | | | | | | | | | |
| 6. Rope Hitches /Platen Hitch | NA | | NA | | | | | | | | | |
| 7. Top-of-Car Operating Station /Stop Switch | X | | X | | | | | | | | | |
| 8. Car Operating Station /Stop Switch indicators | X | | X | | | | | | | | | |
| 9. Emergency Signals & Communication | X | | X | | | | | | | | | |
| 10. Emergency Exits /Top /Side | X | | X | | | | | | | | | |
| 11. Safeties & Accessories | X | | X | | | | | | | | | |
| 12. Seals, Plates, Labels, Unit 10, Tags, Signs | X | | X | | | | | | | | | |
| 13. Firefighter Service PH I & II | X | | X | | | | | | | | | |
| 14. Counterweight / Car & Counterweight Sheaves | NA | | NA | | | | | | | | | |
| 15. Routine Maintenance | X | | X | | | | | | | | | |
| **HOISTWAY, HOISTWAY ENTRANCES AND PIT** | | | | | | | | | | | | |
| 1. Enclosure | X | | X | | | | | | | | | |
| 2. Door, Closers & Accessories | X | | X | | | | | | | | | |
| 3. Door Interlocks /Emergency Key /Access Keys | X | | X | | | | | | | | | |
| 4. Guide Rails: Main & Counterweight | | | | | | | | | | | | |
| 5. Switches and Cams | X | | X | | | | | | | | | |
| 6. Pit/Stop Switch / Light / Ladder | X | | X | | | | | | | | | |
| 7. Counterweight Guard | NA | | NA | | | | | | | | | |
| 8. Buffers: Spring or Oil | NA | | NA | | | | | | | | | |
| 9. Ropes: Hoist, Governor, Counterweight | NA | | NA | | | | | | | | | |
| 10. Traveling Cable and Wiring | X | | X | | | | | | | | | |
| 11. Plunger, Cylinder and Gland | X | | X | | | | | | | | | |
| 12. Governor Rope Tension Sheave & Assembly | NA | | NA | | | | | | | | | |
| 13. Compensating Sheave or Chain | N | | NA | | | | | | | | | |
| 14. Clearances and Runby | X | | X | | | | | | | | | |
| 15. Seals, Plates, Labels, Tags | X | | X | | | | | | | | | |
| 16. Hall Station / Hall Position Indicator, Hall Lantern | X | | X | | | | | | | | | |
| 17. Routine Maintenance | X | | X | | | | | | | | | |

        

| Block | Delete | Archive | Reply | Reply all | Forward | Meeting | Recall message | Resend message | Track read receipts | Zoom | Sweep | Rules | Read / Unread |

Delete | Respond | Tracking | Zoom | Move

## Fw: [EXTERNAL] FW: need test

**From:** Frank Balzano <frankbalzano@optonline.com>
**Sent:** Friday, February 28, 2025 10:49 AM
**To:** Terry Williams <tewilliams@geogroup.com>
**Subject:** [EXTERNAL] FW: need test

**From:** Frank Balzano [mailto:frankbalzano@optonline.com]
**Sent:** Friday, February 28, 2025 10:48 AM
**To:** Knolmajer, Joseph <knolmajerj@ci.newark.nj.us>
**Cc:** Shonda (nesmiths@ci.newark.nj.us) <nesmiths@ci.newark.nj.us>
**Subject:** need test

# Request for Elevator Inspection

Frank & Son's Elevator
02/27/25
Newark Elevator Inspection Department
Joe
Location: 451 Doremus Ave.
Newark, NJ
Dear Joe,
I am writing to request an urgent elevator inspection for the building located at 451 Doremus Ave., Newark, NJ. Our organization is assisting in the process of obtaining a certificate of occupancy for this property, which is intended to serve as a shelter for migrants.
As you are aware, the elevator inspection is a critical component of the certification process. We cannot proceed without it, and time is of the essence due to the urgent nature of our project.
Your prompt attention to this matter would be greatly appreciated, as it will enable us to provide much-needed support and accommodation to those in need.
Please let us know the earliest available date for the inspection and any additional information or documentation required to facilitate this process. I have Test on 3/12 & 3/13 the rest of the month is good.
Thank you for your cooperation and understanding.
Sincerely,
Frank Balzano
Frank & Son Dynamic Elevator Service.
Office 201-801-0401
Fax 201-801-9064
Cell 201-801-0407
Email frankbalzano@optonline.net
frankbalzano@optonline.com

# Frank & Son Dynamic Elevator
# Elevator Inspection Report

**Building Name** Delaney Hall

**Building Address** 451 Doremus Avenue

**Block** 5060    **Lot** 154

**REGISTRATION NO** 0714-00921-001

Date 2/28/2025
TYPE OF INSPECTION
Pre Test 6 Month Visual

F = Freight
P = Passenger
1 Year   6 Month

**Inspector** Frank Balzano
**Licensed #** 17EM00303200
**Mechanic** Adolph Dessaure

| Elev # Capacity | Elv#1 | | Elv #2 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | S | U | S | U | S | U | S | U | S | U | S | U |
| **MACHINE ROOM & MACHINE ROOM EQUIPMENT** | | | | | | | | | | | | |
| 1. Enclosure /Lighting Vents | X | | X | | | | | | | | | |
| 2. Machine /Brake /Gears/Motor | NA | | Na | | | | | | | | | |
| 3. Hydro Power Motor Unit | X | | X | | | | | | | | | |
| 4. Motor Generator SCR Drive | NA | | NA | | | | | | | | | |
| 5. Controller/Selector | X | | X | | | | | | | | | |
| 6. Governor(s) | NA | | NA | | | | | | | | | |
| 7. Relief & Check Valves | X | | X | | | | | | | | | |
| 8. Required Disconnects | X | | X | | | | | | | | | |
| 9. Oil/Hydro Fluid, Leaks, Level | X | | X | | | | | | | | | |
| 10. Hydro Fluid Hoses or Pipe | X | | X | | | | | | | | | |
| 11. Seals, Plates, Labels, Tags, Signs | X | | X | | | | | | | | | |
| 12. Routine Maintenance | X | | X | | | | | | | | | |
| **ELEVATOR CAR AND COUNTERWEIGHT** | | | | | | | | | | | | |
| 1. Car Enclosure /Platform /Sling /Flooring | X | | X | | | | | | | | | |
| 2. Guide Shoes /Rollers | X | | X | | | | | | | | | |
| 3. Car Gate Door/Accessories /Car Door Reopening Device(s) | X | | X | | | | | | | | | |
| 4. Car Gate or Door Operator | X | | X | | | | | | | | | |
| 5. Car Lighting / Standard & Emergency | X | | X | | | | | | | | | |
| 6. Rope Hitches /Platen Hitch | NA | | NA | | | | | | | | | |
| 7. Top-of-Car Operating Station /Stop Switch | X | | X | | | | | | | | | |
| 8. Car Operating Station /Stop Switch indicators | X | | X | | | | | | | | | |
| 9. Emergency Signals & Communication | X | | X | | | | | | | | | |
| 10. Emergency Exits /Top /Side | X | | X | | | | | | | | | |
| 11. Safeties & Accessories | X | | X | | | | | | | | | |
| 12. Seals, Plates, Labels, Unit 10, Tags, Signs | X | | X | | | | | | | | | |
| 13. Firefighter Service PHI & II | X | | X | | | | | | | | | |
| 14. Counterweight / Car & Counterweight Sheaves | NA | | NA | | | | | | | | | |
| 15. Routine Maintenance | X | | X | | | | | | | | | |
| **HOISTWAY, HOISTWAY ENTRANCES AND PIT** | | | | | | | | | | | | |
| 1. Enclosure | X | | X | | | | | | | | | |
| 2. Door, Closers & Accessories | X | | X | | | | | | | | | |
| 3. Door Interlocks /Emergency Key /Access Keys | X | | X | | | | | | | | | |
| 4. Guide Rails: Main & Counterweight | | | | | | | | | | | | |
| 5. Switches and Cams | X | | X | | | | | | | | | |
| 6. Pit/Stop Switch / Light / Ladder | X | | X | | | | | | | | | |
| 7. Counterweight Guard | NA | | NA | | | | | | | | | |
| 8. Buffers: Spring or Oil | NA | | NA | | | | | | | | | |
| 9. Ropes: Hoist, Governor, Counterweight | NA | | NA | | | | | | | | | |
| 10. Traveling Cable and Wiring | X | | X | | | | | | | | | |
| 11. Plunger, Cylinder and Gland | X | | X | | | | | | | | | |
| 12. Governor Rope Tension Sheave & Assembly | NA | | NA | | | | | | | | | |
| 13. Compensating Sheave or Chain | N | | NA | | | | | | | | | |
| 14. Clearances and Runby | X | | X | | | | | | | | | |
| 15. Seals, Plates, Labels, Tags | X | | X | | | | | | | | | |
| 16. Hall Station / Hall Position Indicator, Hall Lantern | X | | X | | | | | | | | | |
| 17. Routine Maintenance | X | | X | | | | | | | | | |

| | | |
|---|---|---|
| 2. | Car Rated Speed | PASS |
| 3. | Overspeed Switch | PASS |
| 4. | Tripping Speed | PASS |
| 5. | Capacity | 2000 |
| **HYDRO ELEVATOR DEVICES (Pass or Fail)** | | |
| 1. | Car Registration Number | 07140092100 |
| 2. | Working Pressure | 300 |
| 3. | Relief Pressure | 387 |
| 4. | Capacity | |
| 5. | Tags | |

(a) See ASME A17.2-2001 for detailed inspection information on each item numt

(b) OK = meets requirements; NG = insert number to identify comment on back Checklist; NA = not applicable.

## Fw: [EXTERNAL] FW: Pre Test Delaney Hall

📎  Pre Test (2).rtf

**From:** Frank Balzano <frankbalzano@optonline.com>
**Sent:** Thursday, January 2, 2025 9:46 AM
**To:** Knolmajer, Joseph <knolmajerj@ci.newark.nj.us>
**Cc:** Terry Williams <tewilliams@geogroup.com>
**Subject:** [EXTERNAL] FW: Pre Test Delaney Hall

**Subject:** Pre Test Delaney Hall 451 Doremus Avenue

Hi Joe
Hope all is well with you. I would like to set up a test date for 451 Delaney hall for an 1 year hydro test 2 elevator,
Thanks
Frank
Frank Balzano
Frank & Son Dynamic Elevator Service.
Office 201-801-0401
Fax 201-801-9064
Ceil 201-801-0407
Email frankbalzano@optonline.net
      frankbalzano@optonline.com

"This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."

# Frank & Son Dynamic Elevator
# Elevator Inspection Report

**Building Name** Delaney Hall

**Building Address** 451 Doremus Avenue

**Block** 5060  **Lot** 154

**REGISTRATION NO** 0714-00921-001

Date 12/9/2024
TYPE OF INSPECTION
Pre Test 6 Month Visual

F = Freight
P = Passenger
1Year  6 Month

Inspector Frank Balzano
Licensed # 17EM00303200
Mechanic Adolph Dessaure

| | Elv#1 | | Elv #2 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elev # Capacity | S | U | S | U | S | U | S | U | S | U | S | U |
| **MACHINE ROOM & MACHINE ROOM EQUIPMENT** | | | | | | | | | | | | |
| 1. Enclosure /Lighting Vents | X | | X | | | | | | | | | |
| 2. Machine /Brake /Gears/Motor | NA | | Na | | | | | | | | | |
| 3. Hydro Power Motor Unit | X | | X | | | | | | | | | |
| 4. Motor Generator SCR Drive | NA | | NA | | | | | | | | | |
| 5. Controller/Selector | X | | X | | | | | | | | | |
| 6. Governor(s) | NA | | NA | | | | | | | | | |
| 7. Relief & Check Valves | X | | X | | | | | | | | | |
| 8. Required Disconnects | X | | X | | | | | | | | | |
| 9. Oil/Hydro Fluid, Leaks, Level | X | | X | | | | | | | | | |
| 10. Hydro Fluid Hoses or Pipe | X | | X | | | | | | | | | |
| 11. Seals, Plates, Labels, Tags, Signs | X | | X | | | | | | | | | |
| 12. Routine Maintenance | X | | X | | | | | | | | | |
| **ELEVATOR CAR AND COUNTERWEIGHT** | | | | | | | | | | | | |
| 1. Car Enclosure /Platform /Sling /Flooring | X | | X | | | | | | | | | |
| 2. Guide Shoes /Rollers | X | | X | | | | | | | | | |
| 3. Car Gate Door/Accessories /Car Door Reopening Device(s) | X | | X | | | | | | | | | |
| 4. Car Gate or Door Operator | X | | X | | | | | | | | | |
| 5. Car Lighting / Standard & Emergency | X | | X | | | | | | | | | |
| 6. Rope Hitches /Platen Hitch | NA | | NA | | | | | | | | | |
| 7. Top-of-Car Operating Station /Stop Switch | X | | X | | | | | | | | | |
| 8. Car Operating Station /Stop Switch Indicators | X | | X | | | | | | | | | |
| 9. Emergency Signals & Communication | X | | X | | | | | | | | | |
| 10. Emergency Exits /Top /Side | X | | X | | | | | | | | | |
| 11. Safeties & Accessories | X | | X | | | | | | | | | |
| 12. Seals, Plates, Labels, Unit 10, Tags, Signs | X | | X | | | | | | | | | |
| 13. Firefighter Service PHI & II | X | | X | | | | | | | | | |
| 14. Counterweight / Car & Counterweight Sheaves | NA | | NA | | | | | | | | | |
| 15. Routine Maintenance | X | | X | | | | | | | | | |
| **HOISTWAY, HOISTWAY ENTRANCES AND PIT** | | | | | | | | | | | | |
| 1. Enclosure | X | | X | | | | | | | | | |
| 2. Door, Closers & Accessories | X | | X | | | | | | | | | |
| 3. Door Interlocks /Emergency Key /Access Keys | X | | X | | | | | | | | | |
| 4. Guide Rails: Main & Counterweight | | | | | | | | | | | | |
| 5. Switches and Cams | X | | X | | | | | | | | | |
| 6. Pit/Stop Switch / Light / Ladder | X | | X | | | | | | | | | |
| 7. Counterweight Guard | NA | | NA | | | | | | | | | |
| 8. Buffers: Spring or Oil | NA | | NA | | | | | | | | | |
| 9. Ropes: Hoist, Governor, Counterweight, | NA | | NA | | | | | | | | | |
| 10. Traveling Cable and Wiring | X | | X | | | | | | | | | |
| 11. Plunger, Cylinder and Gland | X | | X | | | | | | | | | |
| 12. Governor Rope Tension Sheave & Assembly | NA | | NA | | | | | | | | | |
| 13. Compensating Sheave or Chain | N | | NA | | | | | | | | | |
| 14. Clearances and Runby | X | | X | | | | | | | | | |
| 15. Seals, Plates, Labels, Tags | X | | X | | | | | | | | | |
| 16. Hall Station / Hall Position Indicator, Hall Lantern | X | | X | | | | | | | | | |
| 17. Routine Maintenance | X | | X | | | | | | | | | |

| | | |
|---|---|---|
| 2. | Car Rated Speed | PASS |
| 3. | Overspeed Switch | PASS |
| 4. | Tripping Speed | PASS |
| 5. | Capacity | 2000 |
| **HYDRO ELEVATOR DEVICES (Pass or Fail)** | | |
| 1. | Car Registration Number | 07140092100 |
| 2. | Working Pressure | 300 |
| 3. | Relief Pressure | 387 |
| 4. | Capacity | |
| 5. | Tags | |

(a) See ASME A17.2-2001 for detailed inspection information on each item number.

(b) OK = meets requirements; NG = Insert number to identify comment on back of Checklist; NA = not applicable.



# FRANK & SON
# DYNAMIC ELEVATOR SERVICE INC.

January 27, 2022

Delaney Hall
451 Doremus Avenue
Newark NJ

Attention: To whom it any concern

Re: Test & Fire Service

    This letter is to certify that the Fire Service Recall System in the above referenced building addresses are working in according to New Jersey State Elevator Construction Code. The phase I and Phase II operation is tested on a monthly basis and is logged into a fire service log sheet stored in the machine rooms. The next test date should by year 12/2022.

    But due to coronavirus 19 all test are behind schedule the state or the city will notify you

If you have any question please call our office at 201-801-0401.

Sincerely,

*Frank Balzano*

Frank Balzano
President
Frank & Son
Dynamic Elevator Service Inc.

# FRANK & SON
## DYNAMIC ELEVATOR SERVICE INC.



January 19, 2023

Delaney Hall
451 Doremus Avenue
Newark, NJ 07105

Attention: To whom it may concern;

Re: Test & Fire Service

    This letter is to certify that the Fire Service Recall System in the above referenced building addresses are working in according to New Jersey State Elevator Construction Code. The phase I and Phase II operation is tested on a monthly basis and is logged into a fire service log sheet stored in the machine rooms. The next test date should by year 12/2023

If you have any question, please call our office at 201-801-0401.

Sincerely,

*Frank Balzano*

Frank Balzano
President
Frank & Sons
Dynamic Elevator Service Inc.



# FRANK & SON
## DYNAMIC ELEVATOR SERVICE INC.

January 9, 2024

Delaney Hall
451 Doremus Avenue
Newark, NJ 07105

Attention: To whom it may concern;

Re: Test & Fire Service

    This letter is to certify that the Fire Service Recall System in the above referenced building addresses are working in according to New Jersey State Elevator Construction Code. The phase 1 and Phase II operation is tested on a monthly basis and is logged into a fire service log sheet stored in the machine rooms. The next test date should by year 12/2024

If you have any question, please call our office at 201-801-0401.

Sincerely,

*Frank Balzano*

Frank Balzano
President
Frank & Sons
Dynamic Elevator Service Inc.

P.O. Box 246 • Teaneck, New Jersey 07666
Phone (888) 211-7264 • 201-801-0401 • Fax (201) 801-9054