# EXHIBIT H



**Corporate Headquarters**
4955 Technology Way, Suite 700
Boca Raton, Florida 33431

TEL: 561 893 0101
866 301 4436
Fax: 561 443 1833
www.geogroup.com

May 5, 2025

Attn: Gwendolyn Bullock-Saleem
City of Newark New Jersey
Department of Public Safety
Fire Prevention and Life Safety
Administration Office
1010 18th Avenue
Newark, NJ 07106
Saleemg@ci.newark.nj.us

*Via FedEx and Email*

**RE: Delaney Hall – 451-475 Doremus Avenue**

Dear Gwendolyn Bullock-Saleem,

I am writing on behalf of The GEO Group, Inc. ("GEO") as it relates to a March 31, 2025, inspection report ("Inspection Report") regarding GEO's Delaney Hall Facility ("Delaney Hall Facility" or "Facility) located at 451 Doremus Avenue.[1] *See Exhibit A – Inspection Report.*

It should be noted at the outset that while the Inspection Report is dated March 31, 2025, the United States Postal Service certified mail tracking information, handwritten at the bottom of page 1 of the Inspection Report, reflects a mailing date of April 22, 2025, and a delivery date of April 24, 2025. *See Exhibit B – Tracking Information.*

All four (4) of the alleged violations request abatement by April 15, 2025, yet page 4 of the Inspection Report sets forth administrative appeal rights and provides "15 DAYS after receipt of this order." Any assertion that abatement should have occurred by April 15, 2025, when the Inspection Report was not received by GEO until April 24, 2025, would be wholly improper and internally inconsistent given the appeal rights. As such, the fifteen (15) days to exercise appeal rights and abatement rights would run through May 9, 2025.

Notwithstanding the above, it is GEO's position that the four (4) alleged fire code violations have been abated. Please find more detail regarding GEO's abatement set forth below.

---

[1] The Inspection Report incorrectly spells Delaney Hall as Delany. Further the Inspection Report, on page 1, lists the owner as GEO Re-Entry Group. The contract for the operation of the Delaney Hall Facility is between U.S. Immigration and Customs Enforcement and The GEO Group, Inc. The GEO Group, Inc. family of companies does not include any entity known as "GEO Re-Entry Group, LLC."



1. <u>Provide Entry to the Premises</u>

As GEO indicated at the time of your attempted inspection on March 31, 2025, GEO does not control access to the Delaney Hall Facility. The Facility is under the exclusive use and control of the United States Department of Homeland Security's Immigration and Customs Enforcement ("ICE"). As GEO has indicated countless times in court filings, ICE controls access to the Delaney Hall Facility.[2] ICE approved the City of Newark's request for access and on April 25, 2025, nine (9) City of Newark officials inspected the Delaney Hall Facility. Those City of Newark officials/employees included no less than two individuals present to address alleged fire code violations. Also of note, the City of Newark officials were afforded as much time as was required to complete their inspection on April 25, 2025, yet all had departed by 2:30PM EST, having arrived at Noon EST.

This alleged fire code violation was abated on April 25, 2025. This abatement occurred prior to May 9, 2025, and as a result no fines should be levied.

2. <u>Provide Evacuation Plan</u>

The evacuation plan is posted in plain sight throughout the Facility. It was visible to those nine (9) City of Newark officials who were at the Facility on April 25, 2025. The posted evacuation plan is based upon plans that have been on file with the City of Newark for many years. Notably, there has never been an issue with the Facility's evacuation plan in years past.

This alleged fire code violation was abated on April 25, 2025. This abatement occurred prior to the May 9, 2025, and as a result no fines should be levied. Notwithstanding the above, please advise whether a courtesy copy of the posted evacuation plan is being requested.

3. <u>Provide a Current Elevator Test Report</u>

A current elevator test report was provided by GEO's elevator service provider via email on January 2, 2025, to Joseph Knolmajer, a City of Newark employee. *See Composite Exhibit C.* A second email providing an elevator test report was sent to Joseph Knolmajer with a copy to Shonda Nesmiths on February 28. *See id.* Both emails have gone unanswered by the City of Newark.

Additionally, the emails and elevator test reports were publicly filed on April 21, 2025, in the *City of Newark v. GEO Re-Entry Group, LLC et al.* ("Lawsuit"). A courtesy copy of the public filing, was provided to City of Newark officials while they were at the Facility on April 25, 2025. Thus, this alleged fire code violation was abated on April 25, 2025. This abatement occurred prior to the May 9, 2025, and as a result no fines should be levied.

4. <u>Provide Generator Test Report</u>

A generator test report was publicly filed on April 21, 2025, in the Lawsuit. A courtesy copy of the public filing was provided to City of Newark officials while they were at the Facility on

---

[2] *City of Newark v. GEO Re-Entry Group, LLC et al.*, Case No: 3:24-cv-04990-RK-TJB



April 25, 2025. Thus, this alleged fire code violation was abated on April 25, 2025. This abatement occurred prior to the May 9, 2025, and as a result no fines should be levied.

Please contact me with any questions you may have. I can be reached by telephone at 561.999.3866 or via e-mail at swinepol@geogroup.com.

Spencer E. Winepol
VP – Corporate Counsel

Cc:

Newark Fire Division Headquarters
480 Clinton Ave
Newark, NJ 07108



# CITY OF NEWARK, NEW JERSEY
## RAS J. BARAKA, MAYOR

### DEPARTMENT OF PUBLIC SAFETY
### FRITZ G. FRAGE, PUBLIC SAFETY DIRECTOR
### RUFUS L. JACKSON, ASSISTANT PUBLIC SAFETY DIRECTOR

### NEWARK FIRE DIVISION
### DEL ORTIZ, FIRE CHIEF

### FIRE PREVENTION & LIFE SAFETY

**EXHIBIT**

A

1010 Eighteenth Avenue
Newark, New Jersey 07106

Tel: 973-733-7495
Fax: 973-424-4139

March 31, 2025

DELANY HALL
451-475 DOREMUS AVE
NEWARK, NJ  07105
609-331-5062

Local Registration #: 0714DELA

Inspector: SALEEM

Inspected On: 03/31/2025

Life Hazard Use: BM06 - Prisons 1,000-2,000 beds

| Owner | Agent | Tenant/Operator |
|---|---|---|
| GEO RE - ENTRY GROUP<br>451 DOREMUS AVE<br>NEWARK, NJ 07105<br>973-274-0115 | 330 BEAR TAVERN ROAD<br>EWING TOWNSHIP, NJ 08628<br>800-631-2155 | 451 DOREMUS AVE<br>NEWARK, NJ 07105<br>973-274-0115 |

YOU ARE HEREBY NOTIFIED that an inspection of the above office disclosed violations of the Uniform Fire Code(N.J.A.C. 570-1 et.seq.), promulgated pursuant to the New Jersey Uniform Fire Safety Act (N.J.S.A. 52:27D-192 et. seq.).  The violations are specified on the accompanying "Violations Report" page(s).

YOU ARE HEREBY ORDERED by the FIRE OFFICIAL to correct the violations listed on the accompanying "Violation Report" page(s) within the time or by the date specified.  If a reinspection discloses that violations have not been corrected and an extension has not been requested and granted, you will be subject to penalties of up to $500.00 per violation per day or as otherwise authorized by the Act and Bureau Regulations.

In ADDITION, the Act imposes liability on the owner for the actual costs of fire suppression where a violation directly or indirectly results in fire.

Gwen Saleem - Fire Official

SALEEM - Inspector

**APPEAL RIGHTS - EXTENTIONS**
See the attached page of information concerning your administrative appeal rights, authorized penalties and the procedure for requesting an extension of time in which to correct.

Owner/Representative _____    _____

Signature                                    Printed Name

Certified Mail # 9589 0710 5270 2138 6895 67

# CITY OF NEWARK, NEW JERSEY
## RAS J. BARAKA, MAYOR

**DEPARTMENT OF PUBLIC SAFETY**
**FRITZ G. FRAGE, PUBLIC SAFETY DIRECTOR**
**RUFUS L. JACKSON, ASSISTANT PUBLIC SAFETY DIRECTOR**

**NEWARK FIRE DIVISION**
**DEL ORTIZ, FIRE CHIEF**

**FIRE PREVENTION & LIFE SAFETY**



1010 Eighteenth Avenue
Newark, New Jersey 07106

Tel: 973-733-7495
Fax: 973-424-4139

## Fire Code Violations

**1**    *(c)  Whenever necessary to make an inspection to enforce any of the provisions of this Code, or whenever the fire official or his or her authorized representative has reasonable cause to believe that there exists in any or upon any premises any condition which makes such building or premises unsafe, the fire official or his or her authorized representative may enter such premises, at all reasonable times to inspect the same or to perform any duty imposed upon the fire official by this code, provided that if such premises be occupied, he or she shall first present proper credentials and demand entry; and if such premises be unoccupied, he or she shall first make a reasonable effort to locate the owner or other persons having charge or control of the premises and demand entry.*

*1.  No owner or occupant or any other persons having charge, care or control of any premises shall fail or neglect, after proper request is made as herein provided, to promptly permit entry therein by the fire official or his or her authorized representative for the purpose of inspection and examination pursuant to this Code. If the owner or occupant denies entry, the fire official or his or her authorized representative shall obtain a proper warrant or other remedy provided by law to secure entry.*

Number of Violations:
  Location: *PROVIDE ENTRY TO THE PREMISES*
  Abate by: *04/15/2025*
Requirements:

  Nature: *NO ENTRY*
  Code Section: *5:70-2.1(C)*

**2**    *Where required by the fire code official, an evacuation plan for public accessible areas and a separate set of plans indicating location and width of aisles, location of exits, exit access doors, exit signs, height of storage, and locations of hazardous materials shall be submitted at the time of permit application for review and approval. Following approval of the plans, a copy of the approved plans shall be maintained on the premises in an approved location.*

Number of Violations:
  Location: *PROVIDE EVAUACTION PLAN*
  Abate by: *04/15/2025*
Requirements:

  Nature: *Evacuation plan.*
  Code Section: *3201.4*

**3**    *Elevators shall be tested annually in accordance with Sections 917.1.1 and 917.1.2 below. The fire official shall accept a current certificate of compliance issued in accordance with the Uniform Construction Code as evidence of compliance with this section.*

Number of Violations:
  Location: *PROVIDE A CURRENT ELEVATOR TEST REPORT*
  Abate by: *04/15/2025*
Requirements:

  Nature: *Elevator Testing*
  Code Section: *917.1*

**4**    *Required emergency generators shall be tested at least annually in accordance with the*



**CITY OF NEWARK, NEW JERSEY**
**RAS J. BARAKA, MAYOR**

**DEPARTMENT OF PUBLIC SAFETY**
**FRITZ G. FRAGE, PUBLIC SAFETY DIRECTOR**
**RUFUS L. JACKSON, ASSISTANT PUBLIC SAFETY DIRECTOR**

**NEWARK FIRE DIVISION**
**DEL ORTIZ, FIRE CHIEF**

**FIRE PREVENTION & LIFE SAFETY**

1010 Eighteenth Avenue
Newark, New Jersey 07106

Tel: 973-733-7495
Fax: 973-424-4139

## Fire Code Violations

manufacturer's specifications under anticipated load conditions.

   *1. Transition test.* A transition test shall be conducted annually to ensure that the transfer time from normal power to emergency power is 10 seconds or less.

   *2. Fuel supply.* Where internal combustion engines are utilized as the prime mover for an emergency generator, an on-site fuel supply shall be provided sufficient for not less than 2 hours fulldemand operation of the system.

Number of Violations:

    *Location:* PROVIDE GENERATOR TEST REPORT

    *Abate by:* 03/31/2025

Requirements:

    *Nature:* Emergency generators.

  *Code Section:* 1203.4.2.1




**CITY OF NEWARK, NEW JERSEY**
RAS J. BARAKA, MAYOR

**DEPARTMENT OF PUBLIC SAFETY**
**FRITZ G. FRAGE, PUBLIC SAFETY DIRECTOR**
**RUFUS L. JACKSON, ASSISTANT PUBLIC SAFETY DIRECTOR**

**NEWARK FIRE DIVISION**
**DEL ORTIZ, FIRE CHIEF**

**FIRE PREVENTION & LIFE SAFETY**

1010 Eighteenth Avenue
Newark, New Jersey 07106

Tel: 973-733-7495
Fax: 973-424-4139

## ADMINISTRATIVE APPEAL RIGHTS

YOU MAY CONTEST THERE ORDERS BY FILING AN APPEAL. The request for a hearing must be made in writing within 15 DAYS after receipt of this order and addresses to:

| | |
|---|---|
| Construction Board of Appeals | Copy to: Divisioin of Fire Prevention & Life Safety |
| County of Essex | |
| 900 Bloomfield Avenue, Verona, NJ 07044 | 1010-18th Avenue |
| Telephone: 973-226-8500 x 246 | Newark, New Jersey 07106 |

In accordance with the rules promulgated under the Administrative Procedure Act (NJSA 52: 148-1 et. seq and 52:14F-1 et. seq) an appeal request must sufficiently identify the decision or action you wish to appeal and the specific reasons forming the basis for you dispute, in order that a decision may be made as to whether your appeal constitutes a contested case.

You are advised that only matters deemed to be CONTESTED CASES, as defined by the Administrative Procedures Act, will be scheduled for a Hearing. If a hearing is scheduled, you will be notified in advance of the time and place. You are also advised that the appeal to the Construction Board of Appeals must be accompanied by the fee of $100.00 payable to the County of Essex. At a hearing, a corporatin may be represented only by a licensed attorney, unless prior approval is given by the Office of Administrative Law.

You are advised that only matters deemed to be CONTESTED CASES, as defined by the Administrative Procedures Act, will be scheduled for a Hearing. If a hearing is scheduled, you will be notified in advance of the time and place. You are also advised that the appeal to the Construction Board of Appeals must be accompanied by the fee of $100.00 payable to the County of Essex. At a hearing, a corporatin may be represented only by a licensed attorney, unless prior approval is given by the Office of Administrative Law.

## EXTENSIONS

If a specified time has been given to abate a violation, YOU MAY REQUEST AN EXTENSION OF TIME by submitting a written request to the Fire Official. To be considered, the request must be made before the comliance date specified and must set forth the work accomplished, the work remaining, the reason why an extension of time is necessary and teh date by which all work will be completed.

TAKE NOTICE THAT, pursuant to N.J.A.C. 5:70-2.10(d)2 an application for an extension constitutes an admission that the violation notice is factually and procedurally correct and that the violations do or did exist. In addition, the request for an extension constitutes a waiver of the right to a hearing as to those violation for which an extension is applied.

**CITY OF NEWARK, NEW JERSEY**

**RAS J. BARAKA, MAYOR**

**DEPARTMENT OF PUBLIC SAFETY**
**FRITZ G. FRAGE, PUBLIC SAFETY DIRECTOR**
**RUFUS L. JACKSON, ASSISTANT PUBLIC SAFETY DIRECTOR**

**NEWARK FIRE DIVISION**
**DEL ORTIZ, FIRE CHIEF**

**FIRE PREVENTION & LIFE SAFETY**



1010 Eighteenth Avenue
Newark, New Jersey 07106

Tel: 973-733-7495
Fax: 973-424-4139

## PENALTIES

Pursuant to N.J.A.C. 5:70-2.12, a violation of th eCode is punishable by monetary penalties of not more than $5,000 per day for each violation. Each day a violation continues is an additional, separate violation except while an appeal is pending.

ALSO TAKE NOTICE THAT, pursuant to N.J.A.C. 5:70-2.12A, When an owner has been given notice of the existence of a violation and has not abated the violation, that owner shall, in addition to being liable for a dedicated penalty in the like amount. A violation is recurring justifies imposition of an emmediate penalty without the necessity for an interval in which corrections can be made. A violation shall be deemed to be a recurring violation if a notice has been served within two years from the date that a previous notice was served and the violation, premises and responsible party are substantially the same.

Claims arising out of penalty assessments can be compromised or settled if it shall be likely to result in compliance. Moreover, no such disposition can be finalized while the violation continues to exist.

Any penalties assessed are in addition to others previously assessed. Penalties must be paid in full within 30 days after an order to pay. If full payment is not made within 30 days, the matter will be referred to the City of Newark Municipal Court Attorney for summary collection pursuant to the Penalty Enforcement Law (N.J.SA. 2A:58-10 et seq)

## NOTICE

If you require guidance or advice concerning your legal rights, obligations or the course of action you should follow, consult your own advisor.



**EXHIBIT**

B

Tracking Number:

**9589071052702138689567**

☐ Copy    ✂ Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 3:07 pm on April 24, 2025 in NEWARK, NJ 07105.

Get More Out of USPS Tracking:

 USPS Tracking Plus®

**Delivered to Agent**

**Delivered to Agent, Left with Individual**

NEWARK, NJ 07105
April 24, 2025, 3:07 pm

**In Transit to Next Facility**

April 23, 2025

**Arrived at USPS Regional Facility**

KEARNY NJ DISTRIBUTION CENTER
April 22, 2025, 9:08 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**





## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------x

CITY OF NEWARK,

             Plaintiff,

  - against -

GEO RE-ENTRY GROUP, LLC;
ABC CORPS. (A FICTIOUS
COMPANY) 1-100,

            Defendants.

-------------------------------------------------------x

No. 2:25-cv-02225-JKS-LDW

**RESPONSE TO COURT
ORDER (ECF NO. 24) AND
REQUEST FOR BRIEF
EXTENSION**

On April 17, 2025, the Court ordered that Defendant The GEO Group, Inc.,

incorrectly sued as GEO Re-Entry Group, LLC ("GEO"), submit to the Court:

> a complete copy of the February 2025 contract with ICE regarding the
> Delaney Hall facility and any issued permits or certificates relating to Delaney
> Hall since January 1, 2023.

ECF No. 24.

In compliance with this Order, GEO submits the enclosed documents labeled

Exhibits 1 through 14, which include all issued permits or certificates relating to the

Delaney Hall Facility (the "Facility" or "Delaney Hall") since January 1, 2023, that

GEO was able to identify.

As for the Court's order regarding the February 2025 contract with ICE, GEO

is currently in the process of coordinating with ICE to complete the necessary

redactions to the contract. The contract is approximately 2,300 pages long. Under

the contract terms, GEO needs ICE's explicit approval before it can release any language from that contract. Despite GEO's best efforts, the process of coordinating the necessary redactions and obtaining ICE's approval is not yet complete. Accordingly, GEO respectfully requests an extension of one day (until April 22, 2025) to provide the Court with a copy of the ICE Contract.

Redaction and coordination with ICE is necessary because confidential and proprietary trade secret information, as well as the security requirements and standards applicable to the Facility, require the use of systems designed to, among other things: (i) control the introduction of contraband into the Facility, (ii) control all designated points of access and egress on the site including detainee housing units, pods, barracks, courtrooms, and medical facilities, (iii) ensure facility safety, security and good order, and prevent detainee escapes, and (iv) detect and detain persons attempting to gain unauthorized access to the facility.

The security systems used to meet these requirements include, but are not limited to, staffing plans, video monitoring systems, audio monitoring systems, mail screening devices, walk-through screening devices, and a complex system of access control that includes specialized locking mechanisms and monitoring.

GEO has an interest in ensuring that the specifications and details of the various security systems employed at the Facility are kept out of the public domain. Uncertainty by detainees and the general public regarding the Facility's operational

and security systems provide management and staff employees with a critical and necessary advantage. Potential offenders in carceral settings often exploit information regarding the operation of a facility and the nature, location, and operation of various security systems to (i) commit acts of violence, (ii) attempt escape, or (iii) introduce and traffic contraband.

Additionally, the contract contains proprietary and trade secret financial figures, including various costs, financial figures, and staffing plans.

For the foregoing reasons, GEO respectfully requests an extension of one day (until April 22, 2025) to provide the Court with a redacted copy of the ICE Contract.

# EXHIBIT 3



GenServe

Plainview, NY 11803
(631) 435-0437
Fax: (631) 435-2273
www.genserveinc.com

Fairfield, NJ 07004
(973) 614-0091
Fax: (973) 614-0095
www.genserveinc.com

Pennsauken, NJ 08110
(856) 324-0459
Fax: (856) 438-6616
www.genserveinc.com

GENERATION
SALES - SERVICE - LEASING
718-956-8700    631-435-0437

| | |
|---|---|
| ITEM NAME | Delaney Hall / Geo Reentry |
| CUST. P.O.# | |
| SERVICE JOB # | 0552595 |
| WO # | |

| | |
|---|---|
| ADDRESS | 451 Doremus Avenue, Newark, NJ 07105 |
| CONTACT | Terry Williams |
| PHONE | 973-592-1005 |
| DATE | 10/30/2024 |

| | | | | |
|---|---|---|---|---|
| ENGINE/GENERATOR MAKE | FORD 6.8L | MODEL | 0C680AA | ESN 000260977 |
| | | | | HRS. 0.00 |
| ENGINE/GENERATOR MAKE | | MODEL | *70GGHF-957 | SN C000084209 |
| SPEC. # | A 70KW | | C43 | KEVIN FERNANDEZ |

## PREVENTATIVE MAINTENANCE CHECK LIST     A-SERVICE

UNIT ID: REAR OF BLGD IN YARD

### LUBRICATION  5w30

| Check: | |
|---|---|
| a.Leaks | P |
| b.Engine oil level | C |
| c.Governor oil level** | P |
| d.Crankcase breather | P |
| **Change:** | |
| e.Oil filter # | LF3681 |
| f.Engine oil type/qty | 6QTS 5W30  C |
| g.Governor oil** | |
| Test: Oil sample* # | 23160E02986  C |

### COOLING SYSTEM

| Check: | |
|---|---|
| a.Leaks | P |
| b.Coolant level | P |
| c.Freeze point | -30 |
| d.Radiator air flow | P |
| e.Louver system | P |
| f.Block heater | 120V/600W  P |
| g.Water pump | P |
| h.Hoses | P |
| i.Belts | P |
| j.Fan hub | P |
| k.Pulleys | P |
| l.Radiator PSI* | 13PSI  P |
| m.Radiator cap PSI | P |
| n.Antifreeze type/capacity | P |
| **Change:*** | |
| o.Water filter** | # | N/A |
| Test: Antifreeze sample* # | 24178B61446  C |

### FUEL SYSTEM  NATURAL GAS
**Fuel type:**

| Check: | |
|---|---|
| a.Fuel leaks | P |
| b.Lines/connections | P |
| c.Daytank level/gls | N/A |
| d.Daytank operation | N/A |
| e.Transfer pump | N/A |
| f.Main tank level/capacity | N/A |
| g.Vents/overflow | N/A |
| h.Injection pump | P |
| i.solenoid valve | P |
| **Change:*** | |
| j.Fuel filter # | N/A |
| k.Water separator** # | N/A |
| Test: Fuel sample* # | N/A |

### AIR INTAKE

| Check: | |
|---|---|
| a.Air cleaner restrictions | P |
| b.Piping and connections | P |
| c.Air cleaner element/# | P |

### EXHAUST SYSTEM

| Check: | |
|---|---|
| a.Leaks | P |
| b.Condensation trap | P |
| c.Wet stacking* | P |
| d.Insulation | P |
| e.Raincap | P |
| f.Hangers/Supports/Flex sections | P |

### BATTERY SYSTEM

| Check: | |
|---|---|
| a.Charger voltage | |
| 1.Float | 13.6V |
| 2.Equalize | N/A |
| b.Electrolyte level | N/A |
| c.Terminals | |
| d.Cables | P |
| e.Specific gravity | |
| 1.High | N/A |
| 2.Low | N/A |
| f.Battery type/qty | G31P |
| Clean: | |
| g.Terminals/protector | P |

### ELECTRICAL SYSTEM
**Visual Check:**

| | |
|---|---|
| a.Wiring connections | P |
| b.Instrumentation | P |
| c.Chafing | P |
| d.Alarms | P |
| e.Prealarms | P |
| f.Circuit breakers | P |
| g.Fuses | P |
| h.Remote annunciator | P |
| **Check safety shutdown:** | |
| a.Overcrank | P |
| b.High water temperature | P |
| c.Low oil pressure | P |
| d.Overspeed | P |

### ENGINE PERFORMANCE

| Check: | |
|---|---|
| a.Governor operation | P |
| b.Vibration | P |
| c.Mounting hardware* | P |
| d.Oil pressure | 90PSI  P |
| e.Water temperature | 175F |
| f.DC alternator | P |
| 1.Volts | 14.2V  P |

### GENERATOR PERFORMANCE
**Visual Check:**

| | |
|---|---|
| a.Rotor* | P |
| b.Stator* | P |
| c.Exciter/PMG* | P |
| d.Bearings/Hardware* | P |
| e.Diodes/Rectifier* | P |
| f.Windings and electrical connections* | P |
| g.Voltage Regulator | P |
| h.Air flow | P |
| i.Circuit breaker | P |
| **Record:** | |
| j.Voltage | 208VAC  P |
| k.Hertz | 60.0HZ  P |

### CONDITION-GENSET SYSTEM
**Check,Clean:**

| | |
|---|---|
| a.Unusual/unsafe | P |
| b.Housekeeping/wipe down unit* | P |

### BUILDING LOAD TEST*
**Record:**

| | |
|---|---|
| a.Amperage/leg | N/A |
| b.Voltage/leg | N/A |
| c.Hertz | N/A |

### GENSET

| Check: | |
|---|---|
| a.Genset in auto? | YES |
| b.Breaker closed? | YES |
| **Beginning Hrs:** | 947.4 |
| **Ending Hrs:** | 947.5 |

### DIESEL EMISSION TEST NJ ONLY:

| | |
|---|---|
| **Air Quality:** | MODERATE |

**CODES:**
*As needed, specified, or during A service only.**If Equip
P-PASS, F-FAIL, C-CHANGED, N/A-NOT APPLICABL

NOTES/COMMENTS

TECHNICIAN ARRIVED ON SITE FOR A SERVICE AND NO START DIAGNOSIS.
LUBE OIL AND FILTER WERE REPLACED.WHILE PERFORMING DIAGNOSTICS
TESTS GENSET STARTED UP AND PERFORMED AS EXPECTED. THIS WAS
REPEATED MULTIPLE TIMES IN ORDER TO VERIFY OPERATION. TECHNICIAN
FOUND THE ENGINE STARTING BATTERY TO BE DUE FOR REPLACEMENT
BECAUSE OF AGE(2021) SWITCH LEFT IN AUTO

# EXHIBIT 10

# Frank & Son Dynamic Elevator
# Elevator Inspection Report

**Building Name**  **Delaney Hall**

**Building Address 451 Doremus Avenue**

**Block**　　　**Lot**

**REGISTRATION NO**

Date 3/13/2024
**TYPE OF INSPECTION**
**Pre Test 6 Month Visual**

F = Freight
P= Passenger
1Year  6 Month

**Inspector**  Frank Balzano
**Licensed #** 17EM00303200
**Mechanic**  Adolph Dessaure

**Elev #**　　**Capacity**

| | Elv#1 | | Elv  #2 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **S** | **U** | **S** | **U** | **S** | **U** | **S** | **U** | **S** | **U** | **S** | **U** |
| **MACHINE ROOM & MACHINE ROOM EQUIPMENT** | | | | | | | | | | | | |
| 1.  Enclosure /Lighting  Vents | X | | X | | | | | | | | | |
| 2.  Machine /Brake /Gears/Motor | NA | | Na | | | | | | | | | |
| 3.  Hydro Power Motor Unit | X | | X | | | | | | | | | |
| 4.  Motor Generator SCR Drive | NA | | NA | | | | | | | | | |
| 5.  Controller/Selector | X | | X | | | | | | | | | |
| 6.  Governor(s) | NA | | NA | | | | | | | | | |
| 7.  Relief & Check Valves | X | | X | | | | | | | | | |
| 8.  Required Disconnects | X | | X | | | | | | | | | |
| 9.  Oil/Hydro Fluid, Leaks, Level | X | | X | | | | | | | | | |
| 10.  Hydro Fluid Hoses or Pipe | X | | X | | | | | | | | | |
| 11.  Seals, Plates, Labels,  Tags, Signs | X | | X | | | | | | | | | |
| 12.  Routine Maintenance | X | | X | | | | | | | | | |
| **ELEVATOR CAR AND COUNTERWEIGHT** | | | | | | | | | | | | |
| 1.  Car Enclosure /Platform   /Sling  /Flooring | X | | X | | | | | | | | | |
| 2.  Guide Shoes /Rollers | X | | X | | | | | | | | | |
| 3.  Car Gate Door/Accessories /Car Door Reopening Device(s) | X | | X | | | | | | | | | |
| 4.  Car Gate or Door Operator | X | | X | | | | | | | | | |
| 5.  Car Lighting / Standard & Emergency | X | | X | | | | | | | | | |
| 6.  Rope Hitches /Platen Hitch | NA | | NA | | | | | | | | | |
| 7.  Top-of-Car Operating Station /Stop Switch | X | | X | | | | | | | | | |
| 8.  Car Operating Station /Stop Switch indicators | X | | X | | | | | | | | | |
| 9.  Emergency_ Signals & Communication | X | | X | | | | | | | | | |
| 10.  Emergency Exits /Top /Side | X | | X | | | | | | | | | |
| 11.  Safeties & Accessories | X | | X | | | | | | | | | |
| 12.  Seals, Plates, Labels, Unit 10, Tags, Signs | X | | X | | | | | | | | | |
| 13.  Firefighter Service PHI & II | X | | X | | | | | | | | | |
| 14.  Counterweight / Car &Counterweight Sheaves | NA | | NA | | | | | | | | | |
| 15.  Routine Maintenance | X | | X | | | | | | | | | |
| **HOISTWAY, HOISTWAY ENTRANCES AND PIT** | | | | | | | | | | | | |
| 1.  Enclosure | | | | | | | | | | | | |
| 2.  Door, Closers & Accessories | X | | X | | | | | | | | | |
| 3.  Door Interlocks /Emergency Key /Access Keys | X | | X | | | | | | | | | |
| 4.  Guide Rails: Main & Counterweight | X | | X | | | | | | | | | |
| 5.  Switches and Cams | | | | | | | | | | | | |
| 6.  Pit/Stop Switch / Light / Ladder | X | | X | | | | | | | | | |
| 7.  Counterweight Guard | X | | X | | | | | | | | | |
| 8.  Buffers: Spring or Oil | NA | | NA | | | | | | | | | |
| 9.  Ropes: Hoist, Governor, Counterweight, | NA | | NA | | | | | | | | | |
| 10.  Traveling Cable and Wiring | NA | | NA | | | | | | | | | |
| 11.  Plunger, Cylinder and Gland | X | | X | | | | | | | | | |
| 12.  Governor Rope Tension Sheave & Assembly | X | | X | | | | | | | | | |
| 13.  Compensating Sheave or Chain | NA | | NA | | | | | | | | | |
| 14.  Clearances and Runby | N | | NA | | | | | | | | | |
| 15.  Seals, Plates, Labels, Tags | X | | X | | | | | | | | | |
| 16.  Hall Station / Hall Position Indicator , Hall Lantern | X | | X | | | | | | | | | |
| 17.  Routine Maintenance | X | | X | | | | | | | | | |



**Fw: [EXTERNAL] FW: need test**

**From:** Frank Balzano <frankbalzano@optonline.com>
**Sent:** Friday, February 28, 2025 10:49 AM
**To:** Terry Williams <tewilliams@geogroup.com>
**Subject:** [EXTERNAL] FW: need test

**From:** Frank Balzano [mailto:frankbalzano@optonline.com]
**Sent:** Friday, February 28, 2025 10:48 AM
**To:** Knolmajer, Joseph <knolmajerj@ci.newark.nj.us>
**Cc:** Shonda (nesmiths@ci.newark.nj.us) <nesmiths@ci.newark.nj.us>
**Subject:** need test

# Request for Elevator Inspection

Frank & Son's Elevator
02/27/25
Newark Elevator Inspection Department
Joe
Location: 451 Doremus Ave.
Newark, NJ
Dear Joe,
I am writing to request an urgent elevator inspection for the building located at 451 Doremus Ave., Newark, NJ. Our organization is assisting in the process of obtaining a certificate of occupancy for this property, which is intended to serve as a shelter for migrants.
As you are aware, the elevator inspection is a critical component of the certification process. We cannot proceed without it, and time is of the essence due to the urgent nature of our project.
Your prompt attention to this matter would be greatly appreciated, as it will enable us to provide much-needed support and accommodation to those in need.
Please let us know the earliest available date for the inspection and any additional information or documentation required to facilitate this process. I have Test on 3/12 & 3/13 the rest of the month is good.
Thank you for your cooperation and understanding.
Sincerely,
Frank Balzano
Frank & Son Dynamic Elevator Service.
Office 201-801-0401
Fax 201-801-9064
Ceil 201-801-0407
Email frankbalzano@optonline.net
    frankbalzano@optonline.com

# Frank & Son Dynamic Elevator
## Elevator Inspection Report

**Building Name**   Delaney Hall

**Building Address** 451 Doremus Avenue

**Block**  5060       **Lot**   154

**REGISTRATION NO** 0714-00921-001

Date 2/28/2025
**TYPE OF INSPECTION**
Pre Test 6 Month Visual

F = Freight
P= Passenger
1Year  6 Month

**Inspector**  Frank Balzano
**Licensed #** 17EM00303200
**Mechanic**  Adolph Dessaure

**Elev #**
**Capacity**

| | Elv#1 | | Elv #2 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | U | S | U | S | U | S | U | S | U | S | U |
| **MACHINE ROOM & MACHINE ROOM EQUIPMENT** | | | | | | | | | | | | |
| 1. Enclosure /Lighting  Vents | X | | X | | | | | | | | | |
| 2. Machine /Brake /Gears/Motor | NA | | Na | | | | | | | | | |
| 3. Hydro Power Motor Unit | X | | X | | | | | | | | | |
| 4. Motor Generator SCR Drive | NA | | NA | | | | | | | | | |
| 5. Controller/Selector | X | | X | | | | | | | | | |
| 6. Governor(s) | NA | | NA | | | | | | | | | |
| 7. Relief & Check Valves | X | | X | | | | | | | | | |
| 8 Required Disconnects | X | | X | | | | | | | | | |
| 9. Oil/Hydro Fluid, Leaks, Level | X | | X | | | | | | | | | |
| 10. Hydro Fluid Hoses or Pipe | X | | X | | | | | | | | | |
| 11. Seals, Plates, Labels,  Tags, Signs | X | | X | | | | | | | | | |
| 12. Routine Maintenance | X | | X | | | | | | | | | |
| | | | | | | | | | | | | |
| **ELEVATOR CAR AND COUNTERWEIGHT** | | | | | | | | | | | | |
| 1. Car Enclosure /Platform  /Sling  /Flooring | X | | X | | | | | | | | | |
| 2. Guide Shoes /Rollers | X | | X | | | | | | | | | |
| 3. Car Gate Door/Accessories /Car Door Reopening Device(s) | X | | X | | | | | | | | | |
| 4. Car Gate or Door Operator | X | | X | | | | | | | | | |
| 5. Car Lighting / Standard & Emergency | X | | X | | | | | | | | | |
| 6. Rope Hitches /Platen Hitch | NA | | NA | | | | | | | | | |
| 7. Top-of-Car Operating Station /Stop Switch | X | | X | | | | | | | | | |
| 8. Car Operating Station /Stop Switch indicators | X | | X | | | | | | | | | |
| 9. Emergency_ Signals & Communication | X | | X | | | | | | | | | |
| 10. Emergency Exits /Top /Side | X | | X | | | | | | | | | |
| 11. Safeties & Accessories | X | | X | | | | | | | | | |
| 12. Seals, Plates, Labels, Unit 10, Tags, Signs | X | | X | | | | | | | | | |
| 13. Firefighter Service PHI & II | X | | X | | | | | | | | | |
| 14. Counterweight / Car &Counterweight Sheaves | NA | | NA | | | | | | | | | |
| 15. Routine Maintenance | X | | X | | | | | | | | | |
| | | | | | | | | | | | | |
| **HOISTWAY, HOISTWAY ENTRANCES AND PIT** | | | | | | | | | | | | |
| 1. Enclosure | X | | X | | | | | | | | | |
| 2. Door, Closers & Accessories | X | | X | | | | | | | | | |
| 3. Door Interlocks /Emergency Key /Access Keys | X | | X | | | | | | | | | |
| 4. Guide Rails: Main & Counterweight | | | | | | | | | | | | |
| 5. Switches and Cams | X | | X | | | | | | | | | |
| 6. Pit/Stop Switch / Light / Ladder | X | | X | | | | | | | | | |
| 7. Counterweight Guard | NA | | NA | | | | | | | | | |
| 8. Buffers: Spring or Oil | NA | | NA | | | | | | | | | |
| 9. Ropes: Hoist, Governor, Counterweight, | NA | | NA | | | | | | | | | |
| 10. Traveling Cable and Wiring | X | | X | | | | | | | | | |
| 11. Plunger, Cylinder and Gland | X | | X | | | | | | | | | |
| 12. Governor Rope Tension Sheave & Assembly | NA | | NA | | | | | | | | | |
| 13. Compensating Sheave or Chain | N | | NA | | | | | | | | | |
| 14. Clearances and Runby | X | | X | | | | | | | | | |
| 15. Seals, Plates, Labels, Tags | X | | X | | | | | | | | | |
| 16. Hall Station / Hall Position Indicator , Hall Lantern | X | | X | | | | | | | | | |
| 17. Routine Maintenance | X | | X | | | | | | | | | |

| | | |
|---|---|---|
| 2. | Car Rated Speed | PASS |
| 3. | Overs peed Switch | PASS |
| 4. | Tripping Speed | PASS |
| 5. | Capacity | 2000 |
| | **HYDRO ELEVATOR DEVICES (Pass or Fail)** | |
| 1. | Car Registration Number | 07140092100 |
| 2. | Working Pressure | 300 |
| 3. | Relief Pressure | 387 |
| 4. | Capacity | |
| 5. | Tags | |

(a) See ASME A17.2-2001 for detailed inspection information on each item numb

(b) OK = meets requirements; NG = insert number to identify comment on back
   Checklist; NA = not applicable.



## Fw: [EXTERNAL] FW: Pre Test  Delaney Hall

📎    📄 Pre Test (2).rtf

**From:** Frank Balzano <frankbalzano@optonline.com>
**Sent:** Thursday, January 2, 2025 9:46 AM
**To:** Knolmajer, Joseph <knolmajerj@ci.newark.nj.us>
**Cc:** Terry Williams <tewilliams@geogroup.com>
**Subject:** [EXTERNAL] FW: Pre Test Delaney Hall


**Subject:** Pre Test Delaney Hall 451 Doremus Avenue

Hi Joe
Hope all is well with you. I would like to set up a test date for 451 Delaney hall for an 1 year hydro test 2 elevator,
Thanks
Frank
Frank Balzano
Frank & Son Dynamic Elevator Service.
Office 201-801-0401
Fax 201-801-9064
Ceil 201-801-0407
Email frankbalzano@optonline.net
        frankbalzano@optonline.com

*"This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited."*

↩ Reply     ↩ Reply all     ↪ Forward

# Frank & Son Dynamic Elevator
# Elevator Inspection Report

**Building Name**  **Delaney Hall**

**Building Address 451 Doremus Avenue**

**Block  5060**     **Lot   154**

**REGISTRATION NO  0714-00921-001**

**Date 12/9/2024**
**TYPE OF INSPECTION**
**Pre Test 6 Month Visual**

**F = Freight**
**P= Passenger**
**1Year  6 Month**

| Inspector  Frank Balzano | Elev # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licensed # 17EM00303200 | Capacity | | | | | | | | | | | |
| Mechanic   Adolph Dessaure | | Elv#1 | | Elv   #2 | | | | | | | | |

| | S | U | S | U | S | U | S | U | S | U | S | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MACHINE ROOM & MACHINE ROOM EQUIPMENT** | | | | | | | | | | | | |
| 1.  Enclosure /Lighting   Vents | X | | X | | | | | | | | | |
| 2.  Machine /Brake /Gears/Motor | NA | | Na | | | | | | | | | |
| 3.  Hydro Power Motor Unit | X | | X | | | | | | | | | |
| 4.  Motor Generator SCR Drive | NA | | NA | | | | | | | | | |
| 5.  Controller/Selector | X | | X | | | | | | | | | |
| 6.  Governor(s) | NA | | NA | | | | | | | | | |
| 7.  Relief & Check Valves | X | | X | | | | | | | | | |
| 8.  Required Disconnects | X | | X | | | | | | | | | |
| 9.  Oil/Hydro Fluid, Leaks, Level | X | | X | | | | | | | | | |
| 10.  Hydro Fluid Hoses or Pipe | X | | X | | | | | | | | | |
| 11.  Seals, Plates, Labels,  Tags, Signs | X | | X | | | | | | | | | |
| 12.  Routine Maintenance | X | | X | | | | | | | | | |
| | | | | | | | | | | | | |
| **ELEVATOR CAR AND COUNTERWEIGHT** | | | | | | | | | | | | |
| 1.  Car Enclosure /Platform   /Sling   /Flooring | X | | X | | | | | | | | | |
| 2.  Guide Shoes /Rollers | X | | X | | | | | | | | | |
| 3.  Car Gate Door/Accessories/Car Door Reopening Device(s) | X | | X | | | | | | | | | |
| 4.  Car Gate or Door Operator | X | | X | | | | | | | | | |
| 5.  Car Lighting / Standard & Emergency | X | | X | | | | | | | | | |
| 6.  Rope Hitches /Platen Hitch | NA | | NA | | | | | | | | | |
| 7.  Top-of-Car Operating Station /Stop Switch | X | | X | | | | | | | | | |
| B.  Car Operating Station /Stop Switch Indicators | X | | X | | | | | | | | | |
| 9.  Emergency_ Signals & Communication | X | | X | | | | | | | | | |
| 10.  Emergency Exits /Top /Side | X | | X | | | | | | | | | |
| 11.  Safeties & Accessories | X | | X | | | | | | | | | |
| 12.  Seals, Plates, Labels, Unit 10, Tags, Signs | X | | X | | | | | | | | | |
| 13.  Firefighter Service PHI & II | X | | X | | | | | | | | | |
| 14.  Counterweight / Car &Counterweight Sheaves | NA | | NA | | | | | | | | | |
| 15.  Routine Maintenance | X | | X | | | | | | | | | |
| | | | | | | | | | | | | |
| **HOISTWAY, HOISTWAY ENTRANCES AND PIT** | | | | | | | | | | | | |
| 1.  Enclosure | X | | X | | | | | | | | | |
| 2.  Door, Closers & Accessories | X | | X | | | | | | | | | |
| 3.  Door Interlocks /Emergency Key /Access Keys | X | | X | | | | | | | | | |
| 4.  Guide Rails: Main & Counterweight | | | | | | | | | | | | |
| 5.  Switches and Cams | X | | X | | | | | | | | | |
| 6.  Pit/Stop Switch / Light / Ladder | X | | X | | | | | | | | | |
| 7.  Counterweight Guard | NA | | NA | | | | | | | | | |
| 8.  Buffers: Spring or Oil | NA | | NA | | | | | | | | | |
| 9.  Ropes: Hoist, Governor, Counterweight, | NA | | NA | | | | | | | | | |
| 10.  Traveling Cable and Wiring | X | | X | | | | | | | | | |
| 11.  Plunger, Cylinder and Gland | X | | X | | | | | | | | | |
| 12.  Governor Rope Tension Sheave & Assembly | NA | | NA | | | | | | | | | |
| 13.  Compensating Sheave or Chain | N | | NA | | | | | | | | | |
| 14.  Clearances and Runby | X | | X | | | | | | | | | |
| 15.  Seals, Plates, Labels, Tags | X | | X | | | | | | | | | |
| 16.  Hall Station / Hall Position Indicator , Hall Lantern | X | | X | | | | | | | | | |
| 17.  Routine Maintenance | X | | X | | | | | | | | | |

| | | |
|---|---|---|
| 2. | Car Rated Speed | PASS |
| 3. | Overs peed Switch | PASS |
| 4. | Tripping Speed | PASS |
| 5. | Capacity | 2000 |
| **HYDRO ELEVATOR DEVICES (Pass or Fail)** | | |
| 1. | Car Registration Number | 07140092100 |
| 2. | Working Pressure | 300 |
| 3. | Relief Pressure | 387 |
| 4. | Capacity | |
| 5. | Tags | |

(a) See ASME A17.2-2001 for detailed inspection information on each item number.

(b) OK = meets requirements; NG = insert number to identify comment on back of Checklist; NA = not applicable.



# FRANK & SON
# DYNAMIC ELEVATOR SERVICE INC.

January 27, 2022

Delaney Hall
451 Doremus Avenue
Newark NJ

Attention: To whom it any concern

Re: Test & Fire Service

   This letter is to certify that the Fire Service Recall System in the above referenced building addresses are working in according to New Jersey State Elevator Construction Code. The phase I and Phase II operation is tested on a monthly basis and is logged into a fire service log sheet stored in the machine rooms. The next test date should by year 12/2022.

   But due to coronavirus 19 all test are behind schedule the state or the city will notify you

If you have any question please call our office at 201-801-0401.

Sincerely,

Frank Balzano

Frank Balzano
President
Frank & Son
Dynamic Elevator Service Inc.

P.O. Box 246 • Teaneck, New Jersey 07666
Phone (888) 211-7264 • 201-801-0401 • Fax (201) 801-9064

# FRANK & SON
## DYNAMIC ELEVATOR SERVICE INC.



January 19, 2023

Delaney Hall
451 Doremus Avenue
Newark, NJ 07105

Attention: To whom it may concern;

Re: Test & Fire Service

    This letter is to certify that the Fire Service Recall System in the above referenced building addresses are working in according to New Jersey State Elevator Construction Code. The phase I and Phase II operation is tested on a monthly basis and is logged into a fire service log sheet stored in the machine rooms. The next test date should by year 12 /2023

If you have any question, please call our office at 201-801-0401.

Sincerely,

*Frank Balzano*

Frank Balzano
President
Frank & Sons
Dynamic Elevator Service Inc.

P.O. Box 246 · Teaneck, New Jersey 07666
Phone (888) 211-7264 · 201-801-0401 · Fax (201) 801-9064



# FRANK & SON
# DYNAMIC ELEVATOR SERVICE INC.

January 9, 2024

Delaney Hall
451 Doremus Avenue
Newark, NJ 07105

Attention: To whom it may concern;

Re: Test & Fire Service

   This letter is to certify that the Fire Service Recall System in the above referenced building addresses are working in according to New Jersey State Elevator Construction Code. The phase 1 and Phase II operation is tested on a monthly basis and is logged into a fire service log sheet stored in the machine rooms. The next test date should by year 12/2024

If you have any question, please call our office at 201-801-0401.

Sincerely,

*Frank Balzano*

Frank Balzano
President
Frank & Sons
Dynamic Elevator Service Inc.