

# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102
973.621.5003   ---   973.621.4599 (Fax)
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Jerome M. St. John**
Essex County Counsel

May 21, 2025

Hon. Jamel K. Semper, U.S.D.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ  07102

    Re:  City of Newark v. Geo Group, LLC
          Civil Action No. 2:25-cv-2225-JKS-LDW

Dear Judge Semper:

    I am an Assistant Essex County Counsel representing the Essex County Construction Board.

    Presently there are several cases stemming from Code Enforcement Actions by the City of Newark concerning the old Delany Hall property.

    I have come to understand that there is pending before Your Honor's Court an action to adjudicate the rights of the parties.

    This letter is an inquiry as to whether the Court wishes to issue an Order to stay the State Court action due to Federal questions.

    In the absence of a Federal ruling the Construction Board is prepared to decide whether they have jurisdiction at their next meeting on June 24, 2025.

                                               Respectfully submitted,

                                             *s/Alan Ruddy*_____
                                             Alan Ruddy
                                             Assistant County Counsel
AR/gs                                        (973) 621-5021
cc/all counsel

*Putting Essex County First*

**ESSEX COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER**

*Putting Essex County First*

**ESSEX COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER**