# MICHAEL A. ARMSTRONG & ASSOCIATES, LLC

Counselors at Law
79 MAINBRIDGE LANE
WILLINGBORO, NEW JERSEY 08046
TELEPHONE: (609) 877-5511
FACSIMILE: (609) 877-7755



MICHAEL A. ARMSTRONG✦
Email: maa@armstronglawfirm.com

CRISTAL M. HOLMES-BOWIE
Email: chb@armstronglawfirm.com

BARBARA ANN JOHNSON-STOKES
Email: bjs@armstronglawfirm.com

MORRISON KENT FAIRBAIRN+
Email: mkf@armstronglawfirm.com

EVAN A. ARMSTRONG
Email: eaa@armstronglawfirm.com

✦MEMBER NJ, NY & GA
+MEMBER NJ & PA BARS

August 13, 2025

**VIA ELECTRONIC COURT FILING**
Hon. Jamel K. Semper, U.S.D.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

\*\* The Clerk of Court is directed to terminate the motion at ECF 15 as withdrawn.

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** ____10/30/2025____

> RE:    **City of Newark v. Geo Group, LLC**
> **Docket No.: 2:25-cv-2225-JKS-LDW**

Dear Judge Semper:

    My office represents Plaintiff, the City of Newark, in the above-referenced matter. Presently pending before Your Honor is an emergent application for injunctive relief to permit entry for inspection into Delaney Hall, the property that is the subject of the instant lawsuit (D.E. 15). Defendant has since granted the City access to the property to perform the desired inspections. Presently, the parties are attempting to amicably resolve the remaining issues at dispute in this lawsuit with the assistance of the Court. Therefore, the motion for emergent relief is respectfully withdrawn. \*\*

    I thank Your Honor for giving time and attention to this matter.

Respectfully submitted,

*s/ Morrison Kent Fairbairn*

Morrison Kent Fairbairn, Esq.