**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CITY OF NEWARK, | Civil Action No. |
| Plaintiff, | 25-2225 (JKS) (LDW) |
| v. | |
| GEO RE-ENTRY GROUP, LLC, *et al.*, | **MEDIATION REFERRAL ORDER** |
| Defendants. | |

**THIS MATTER** having come before the Court by way of a March 2, 2026 telephone conference before the undersigned; and for good cause shown;

**IT IS** on this day, April 2, 2026, **ORDERED** that:

1. Pursuant to Local Civil Rule 301.1, the parties are referred to mediation before the Honorable Noel L. Hillman, a District of New Jersey Certified Mediator, subject to his completion of a conflict check. The parties shall contact the mediator within seven (7) days of the date of this Order to schedule the mediation session. The mediator's contact information is available on the Court's website at https://www.njd.uscourts.gov/sites/njd/files/MasterListMediation.pdf.

2. The parties shall complete mediation on or before **June 15, 2026**.

3. The parties shall appear for a telephonic status conference before the undersigned on **June 25, 2026 at 4:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 839 816 331#.

_s/ Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge